EXHIBIT "A"

April 25, 2019

**Letter for Mohamed Rafik Naji in Favor of Leniency**

Honorable Fedric Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

  First and foremost, I am ashamed my life has reached this point, I never imagined I would be writing this letter to you, but life is unpredictable and we must accept the challenges as it comes and strive for the best outcomes. Forgive me if this is not a formal letter, however this is my chance to reveal my thoughts and experiences to you straight from my heart about Mohamed Naji. I hope this letter will help shed some light to see what kind of a person Mohamed really is, despite the transgressions that have led us here today.

  I have known Mohamed for over 15 years, he is truly a good friend and brother-in-law. He and I are both aware of the gravity of the crime he was convicted of, but it is still hard for me to wrap my head around. Mohamed and I do fully understand the seriousness of this matter, however, hope the court will show some leniency and mercy.

  Throughout the years, Mohamed has inspired me to become a strong, independent, honest, hard-working woman. He has guided me to try my best to stay on the right path in life, to avoid drugs, drinking, sex, stealing. To never lie and harm others because karma will come back to get its revenge. This is why I was both troubled and surprised to hear about his case as he always been a rather sincere mentor to me. Because of Mohamed Naji, I am who I am today, the Store Manager at *My Tool Rental* located in Brooklyn. Additionally, Mohamed has taught me with integrity, hard work, dedication, and determination anything is possible to achieve. If it wasn't for him, I would not have a Bachelors in Business Management and climbed to management level in my profession. He was truly a good friend over the years.

  I recognize Mohamed's past misunderstanding of religious beliefs and poor decisions have unfortunately led to poor outcomes. Generally, life is complicated, human beings are complicated, and in turn human decision-making is not perfect; interpretations of rules and principles vary amongst one another. However, I am confident to say if Mohamed could undo all that has transpired, he most definitely would with all his might.

  Your honor, as humans, we are all sinners. We must have mercy on each other, forgive one another if we want the *Most Highest Power* to pardon us for our sins. Please your honor, I plead for you to have some compassion for Mohamed, for you are the better person in this situation.

  Furthermore, I assure you, while imprisoned for 3 years waking up daily behind bars, forced what and when to eat and sleep, plus the unpleasant filthy lifestyle in there with no freedom what's so ever; any human and in this case, Mohamed remorsefully regrets his mistakes constantly and just wants to move on in life for the better. Thankfully, Mohamed's "crime" has

1

left no victims and he does not deserve to spend most of his lifetime in prison. Please give him another chance in life to redeem himself to his family and to society.

Everyone deserves a second chance in life. We, humans, are all a work in progress, with time and experience we become wiser and better versions of ourselves especially when we learn from our mistakes, whether minor or drastic. It's never too late to apologize and improve/change our actions for the better. As long as we are making strides in the right direction that's what matters, as Mohamed has been trying to live up to his commitment to leading a law-abiding life as well.

Perhaps his horrible childhood contributed greatly to Mohamed's wrong transgressions. He grew up with a neglected father, his mother passed away when he was just two years old. He had many abusive step-mothers. As a child, he was forced to clean and cook after everyone, many nights he would sleep in the basement's bare floor with an empty stomach. It was a horrible environment for any child, and Mohamed is remarkably resilient to have even survived it.

To this day, Mohamed continues to do all that is in his power to become self-aware and in control of his actions. In summary, Mohamed Naji is a great person and a good friend. Above all, he has shown to have a generous, kind and devoted character, he made a huge mistake but that should not define who he truly is. I hope your good faith will take into account this letter when you make your wise decision.

Thank you for your consideration.

Sincerely,

Zakhia Ali
91 Beekman Street
Staten Island, NY 10304

2

April 25, 2019

**Letter for Mohamed Rafik Naji in Favor of Leniency**

Honorable Fedric Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

    First and foremost, I am ashamed my life has reached this point, I never imagined I would be writing this letter to you, but life is unpredictable and we must accept the challenges as it comes and strive for the best outcomes. Forgive me if this is not a formal letter, however this is my chance to reveal my thoughts and experiences to you straight from my heart about Mohamed Naji. I hope this letter will help shed some light to see what kind of a person Mohamed really is, despite the transgressions that have led us here today.

    I have known Mohamed for over 15 years, he is truly a good friend and brother-in-law. He and I are both aware of the gravity of the crime he was convicted of, but it is still hard for me to wrap my head around. Mohamed and I do fully understand the seriousness of this matter, however, hope the court will show some leniency and mercy.

    Throughout the years, Mohamed has inspired me to become a strong, independent, honest, hard-working woman. He has guided me to try my best to stay on the right path in life, to avoid drugs, drinking, sex, stealing. To never lie and harm others because karma will come back to get its revenge. This is why I was both troubled and surprised to hear about his case as he always been a rather sincere mentor to me. Because of Mohamed Naji, I am who I am today, the Store Manager at *My Tool Rental* located in Brooklyn. Additionally, Mohamed has taught me with integrity, hard work, dedication, and determination anything is possible to achieve. If it wasn't for him, I would not have a Bachelors in Business Management and climbed to management level in my profession. He was truly a good friend over the years.

    I recognize Mohamed's past misunderstanding of religious beliefs and poor decisions have unfortunately led to poor outcomes. Generally, life is complicated, human beings are complicated, and in turn human decision-making is not perfect; interpretations of rules and principles vary amongst one another. However, I am confident to say if Mohamed could undo all that has transpired, he most definitely would with all his might.

    Your honor, as humans, we are all sinners. We must have mercy on each other, forgive one another if we want the *Most Highest Power* to pardon us for our sins. Please your honor, I plead for you to have some compassion for Mohamed, for you are the better person in this situation.

    Furthermore, I assure you, while imprisoned for 3 years waking up daily behind bars, forced what and when to eat and sleep, plus the unpleasant filthy lifestyle in there with no freedom what's so ever; any human and in this case, Mohamed remorsefully regrets his mistakes constantly and just wants to move on in life for the better. Thankfully, Mohamed's "crime" has

1

April 22, 2019

For Mohamed Rafik Naji in Favor of Leniency

Honorable Fedric Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Your Honor,

I am writing to urge leniency in the sentencing of my brother-in-law Mohamed Rafik Naji. I have known Mohamed for more than 15 years, as he is a member to our family; married to my eldest sister Zeenat Ali, and a father of now a 9-year-old son Yousef Naji Ali.

I come before you, your honor, on Mohamed's behalf as his sister-in-law and as Mohamed to be a big brother to our family. I am very much troubled and devasted to hear this has unexpectedly come upon us from someone close to our family. He and I are both aware of the conviction that were made to him and by him, this is truly not the man I have known to be. I hope within this letter; I can give you a perspective that's shows that he is more than the sum of his actions in which he wrongfully chose to make without using sound judgement.

Throughout the years I have seen many aspects of Mohamed's personality. I always found him to be a genuine, honest, calm and a sincere person, one of true character. I can truly understand how difficult it is for you to make a decision of this type and under these sensitive circumstances without really knowing the person in front of you. However, I trust in God that you can look at this letter and feel all the support that his family and friends are trying to provide him. We will give Mohamed all the personal and emotional support he needs to avoid him returning to a negative lifestyle. I hope respectively, the transgression committed will not be the only factor you look at in this case, your honor.

I can truly say I believe Mohamed wants to change and become a better individual all together. Given the circumstances he grew up in, including the lose of his mother at age two and a father who practically neglected and abandoned him, has led Mohamed astray looking for a sense of direction and in search of answers in his upbringing-religion and possibly following what is to be otherwise, leading Mohamed to the consequences in which he is now facing. He is very much remorseful and living in great regret and yet well aware of his actions that were taken place, and well aware as to where it has led himself at this point in time in his life. I also strongly believe this matter has reflected on Mohamed to continue to do all that is in his power to become more self-aware and in control of his actions and reactions moving forward into his future, as he has made many amends to do so.

Your honor, I pray upon your understanding as well as the amends made and close ties to Mohamed's loved ones, that a lesser sentence is most appropriate in this situation. It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mohamed to be an honorable individual, and a good human-being. He deserves a second chance in life and I hope you can grant that.

Thank you for your time and consideration.

Zeba Ali
16 Hygeia Place
Staten Island, NY, 10304