EXHIBIT "C"

Saudi Arabia Yemen War    Yemen War    War in Yemen    Fast Food    Yemen Saudi Arabia    McDonald's in    Air Strikes Saudi Arabia
                          Map          Today           Saudi Arabia   Map            Saudi Arabia

The images Saudi Arabia doesn't want you to see - CNN

Pages with this

Oxfam GB Campaigns (@oxf

Yemen: Blockade continues t

Auke Lootsma (@AukeLoots

See more pages

Similar images

Over 35 similar images

Related searches

Over 10 related searches



Visual Search    Save    Share    More

Yemen War Children  Civil  Yemen  Syrian Civil  Yemen  Syria  Yemen  Syrian  Yemen  Yemen  Civil War
                    War    Flag   War           Map    War    People  War     Famine  Food   Memes

Children at War: Saudi Arabia is Bombing Yemen But Blames ...



Pages with this

Yemen Could Become the Ne

Saudi Arabia lifted its blockad

Yemen Could Become the Ne

See more pages

Similar images

Over 35 similar images

Related searches

Over 20 related searches

Yemen Map　Yemen People　Yemen Famine　Syria War　Yemen Civil War　Middle East War　Yemen Starvation　Ethiopian Civil War　Yemen Conflict　War in Yemen Today

Saudi Arabia's War in Yemen Has Failed | Council on ...

cfr.org | 1600 x 900 jpeg | Image may be subject to copyright.

Pages with this

Saudi Arabia's War in Yemen
www.cfr.org | 1600 x 900 · 520 kB · jpeg

العرب الفطرية لائحة العار... تلاحق نما
wwww.aa | 1200 x 920 · 340 kB · jpeg

Islam Indonesia – Islam Untu
islamindonesia.id | 600 x 434 · 59 kB · j

See more pages

Similar images

Over 35 similar images

Related searches

Over 20 related searches



Visual Search　　Save　　Share　　More



Killing Children Saudi Arabia Yemen    Saudi Arabia    Yemen    Yemen    **Saudia**    Map of Saudi Arabia    Yemen    Saudi Arabia
                                       **Map**          **People**  **War**   **Arabia**   **and Surrounding Area**   **Civil War**

Trump Admin to Shift Toward Saudi Position on Yemen War —



Pages with this

The Photos Of 2016 Week 15

UN blacklisted Saudi coalition

Trump Admin to Shift Toward

See more pages

Similar images

Over 35 similar images

Related searches

Over 20 related searches

Visual Search    Save    Share    More

Yemen War Child Starvation    Yemen War    Yemen
Famine    Yemen
Civil War    Yemen
Water Crisis    Yemen War
2018    African
Starvation    Yemen
Crisis Starvation

Trump's Generals Are Considering a Wider War in Yemen —

thenation.com  |  1440 x 967 jpeg  |  Image may be subject to copyright.

Pages with this

More People Are Dying of Sta
www.pixstel.pk | 1440 x 967 · 1200 kb

Opinion: Yemen's shameful w
www.the.com | 940 x 526 · 90 kb · jpeg

More Than 1,500 Children De
www.thehansindia.com | 1200 x 676 · k

See more pages

Similar images

Over 35 similar images

Related searches

Over 10 related searches



Visual Search    Save    Share    More



How the War in Yemen Became a Bloody Stalemate — and the ...

nytimes.com | 1050 × 550 jpeg | Image may be subject to copyright.

Pages with this

Why U.S. Bombs Are Falling i
www.nytimes.com | 600 × 400 · 96 kB

How the War in Yemen Beca
www.nytimes.com | 1050 × 550 · 618 kB

The New York Times Magazin
www.nytimes.com | 768 × 522 · 155 kB

See more pages

Similar images

Over 35 similar images



Visual Search    Save    Share    More



Yemen War 2018    Yemen War Map    Yemen Civil War Map    Yemen War Map 2018    Yemen Starvation 2018    American War 2018    Yemen Crisis 2018    Yemen War 2017

Norway Halts Weapons Sales in Yemen War, Citing ...



Pages with this

PressTV-UK admits selling 50

Norway Halts Weapons Sales

Yemen border strikes kill two

See more pages

Similar images

Over 35 similar images

Related searches

Over 9 related searches

Visual Search    Save    Share    More

Yemen War Children   Civil   Yemen   Syrian Civil   Yemen   Syria   Yemen   Syrian   Yemen   Yemen   Civil War
                     War     Flag    War            Map     War    People   War     Famine   Food    Memes

Three years of war on Yemen, reveal the status of the ...
yemenpress.org   |   500 × 600 jpeg   |   Image may be subject to copyright



Pages with this

Three years of war on Yemen,
www.yemenpress.org - 500 × 600 - 375

Three years of war on Yemen,
www.yemenpress.org - 500 × 600 - 375

Who is 'worse' in terms of terr
www.quora.com - 602 × 401 - 114 KB - 3

See more pages

Similar images

Over 35 similar images

Related searches

Over 20 related searches

Visual Search      Save      Share      More

Yemen
Map

Yemen
People

Yemen
Famine

Syria
War

Yemen
Civil War

Middle East
War

Yemen
Starvation

Ethiopian Civil
War

Yemen
Conflict

War in Yemen
Today

War in Yemen: UN blacklists Saudi-led coalition for ...

dw.com · 700 x 394 jpeg · Image may be subject to copyright.



© picture-alliance/dpa/Y. Arhab

Pages with this

War in Yemen: UN blacklists
www.dw.com · 945 x 532 · 67 KB · jpeg

Yemen - InfoMigrants
www.infomigrants.net · 700 x 394 · 54 K

Yemen: Between conflict and
www.dw.com · 370 x 124 · 8 KB · jpeg

See more pages                        >

Similar images

Over 35 similar images

Related searches

Over 20 related searches

Visual Search          Save          Share          More

Feedback

Civil War and Children in Yemen    Syrian    Yemeni    Iraq War    Yemen Civil War    Current    Syria    Civil War
Civil War                                  2003        2018        Civil War in Yemen    Civil War    Syriya

In Yemen's war, trapped families ask: Which child should ...
independent.co.uk  |  2048 x 1536 jpeg  |  Image may be subject to copyright.



Pages with this

In Yemen's war, trapped famili
www.stripes.com | 600 x 600 · 240 kB

Yemen civil war: Widespread
www.independent.co.uk | 250 x 270 · 5

In Yemen's war, trapped famili
www.washingtonpost.com | 480 x 360 ·

See more pages

Similar images

Over 35 similar images

Related searches

Over 10 related searches

Visual Search        Save        Share        More



School Bus Children Killed in Yemen       Yemen School Bus       Yemen School Bus       School Bus       Yemen Airstrike       Yemen School Bus
                                          Airstrike War Crime     Bombing               Attack Yemen      School Bus           Destroyed

Yemen war: Since March 2015 around 10,000 people dead ...

Pages with this

Congress Is Finally Done Wit

Saudi-led coalition announces

Yemen: The massacre of chil

See more pages

Similar images

Over 35 similar images

Related searches

Over 9 related searches



Visual Search       Save       Share       More

Saudi Yemen War Crimes    Yemen        Yemen     Ethiopian Civil    Yemeni Civil    Yemen      Saudi      Yemen Saudi     Yemen    Yemen
                          Civil War     News      War                War             Conflict   Army       Arabia Map      Army     Military

Outrage after UK govt admits training Saudi pilots despite ...

Pages with this

Outrage after UK govt admits
www.rt.com | 750 x 444 · 167 KB · jpeg

BAE in arms talks with Saudi
www.independent.co.uk | 2048 x 1367

Raids kill nine in central Yeme
www.reuters.com | 720 x 453 · 90 KB · j

See more pages

Similar images

Over 35 similar images

Related searches

Over 20 related searches



Visual Search      Save      Share      More



Yemen War 2018     Yemen War     Yemen Civil War     Yemen War     Yemen     American     Yemen     Yemen War
                   Map           Map                 Map 2018        Starvation 2018   War 2018   Crisis 2018   2017

Calls to end Yemen war renewed after US Senate bill ...

aljazeera.com  |  600 x 450 jpeg  |  Image may be subject to copyright.

Pages with this

'Microcosm of Everything Wro
www.blackfalselnews.com | 592 x 392

'Microcosm of Everything Wro
www.commondreams.org | 650 x 392

YEMEN - S.ARABIA - FRANC
www.tunanews.it | 600 x 450 | 150 kB

See more pages

Similar images

Over 35 similar images

Related searches

Over 9 related searches



Visual Search      Save      Share      More

Saudi Yemen War    Yemen    Yemen    Ethiopian Civil    Yemeni Civil    Yemen    Saudi    Yemen Saudi    Yemen    Yemen
                   Civil War  News    War               War            Conflict  Army    Arabia Map     Army     Military

Yemen war: More than half of British people unaware of ...



Pages with this

What we don't know about th.

Yemen war: More than half of

Yemen war: More than half of

Similar images

Over 35 similar images

Related searches

Over 20 related searches

Visual Search    Save    Share    More



Yemen Map    Yemen People    Yemen Famine    Syria War    Yemen Civil War    Middle East War    Yemen Starvation    Ethiopian Civil War    Yemen Conflict    War in Yemen Today

THE HIDDEN WAR IN YEMEN | VERONIQUE DE VIGUERIE

veroniquedevigueire.com  |  3000 x 1897 jpeg  |  Image may be subject to copyright



Pages with this

Yemen crisis: Latest news
www.icrc.org | 847 x 564 - 119 kB - jpeg

Photojournalism: Véronique d
www.icrc.org | 730 x 410 - 116 kB - jpeg

THE HIDDEN WAR IN YEME
veroniquedevigueire.com | 3000 x 1897

See more pages

Similar images

Over 35 similar images

Related searches

Over 20 related searches

Visual Search    Save    Share    More