AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

# UNITED STATES DISTRICT COURT

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 06 2026 ★

## FOR THE

### ___EASTERN___ DISTRICT OF ___NEW YORK___

BROOKLYN OFFICE

UNITED STATES OF AMERICA

v.

MOHAMED RAFIK NAJI

_____
Write your full name here.

Case No. ___16-cr-653(FB)___
(Write the number of your
criminal case.)

**MOTION FOR SENTENCE
REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)
(Compassionate Release)**

***(Pro Se* Inmate)**

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

---

## I. DOCUMENTS AND REQUEST TO SEAL

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes  ☒ No

## ATTACHMENTS

If you answered "Yes," please list below the documents you request be filed under seal:

_____

_____

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

Please list below any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged, but not required, to complete the proposed release plan. Also, a cover page for the submission of medical records and additional medical information is included as an attachment to this motion, as well as a cover page for the submission of additional information (for example, information related to victim abuse under §1B1.13(b)(4)). Again, you are not required to provide medical records or this additional information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | Request to Seal? |
| --- | --- | --- |
| Proposed Release Plan | ☐Yes ☒No | ☐Yes ☒No |
| Additional Medical Information | ☐Yes ☒No | ☐Yes ☒No |
| Additional Information (e.g., victim abuse-related information under §1B1.13(b)(4)) | ☐Yes ☒No | ☐Yes ☒No |

## II. REQUEST FOR APPOINTMENT OF COUNSEL

I request that an attorney be appointed to help me.

☒Yes ☐No

## III. SENTENCE INFORMATION

Date of Sentencing: _____June 14, 2019_____

Term of Imprisonment Imposed: __20 years_____

Approximate Time Served to Date: almost 10 years

Projected Release Date: _____2033_____

Length of Term of Supervised Release: __5 years but he will be deported__

Have you filed an appeal in your case?

☐Yes ☒No

Are you subject to an order of deportation or an ICE detainer?

☒Yes ☐No

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

Title 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Federal Bureau of Prisons (BOP) to bring a motion on your behalf or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the BOP related to your motion, including your written request to the warden and records of any denial from the BOP.

Have you personally submitted your request for compassionate release to the warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on (date) _____ .
☐ No, I did not submit a request for compassionate release to the warden.

If you answered "No," please explain why not.

_____

_____

Did the warden deny your request?

☒ Yes, the warden denied my request on (date) _____ .
☐ No, I did not submit a request for compassionate release to the warden.

## V. GROUNDS FOR RELEASE

This section includes specific citations to sections of the U.S. Sentencing Guidelines, specifically the policy statement at §1B1.13 (Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A)), often referred to as "compassionate release."

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You also may attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

---

[1] The requirements for filing this compassionate release motion with the court differ from the requirements for submitting a compassionate release request to the BOP. This form should be used only for a compassionate release motion made to the court. If you are submitting a compassionate release request to the BOP, please review and follow the BOP program statement.

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

**A. Are you at least 70 years old?**

☐ Yes ☒ No

If you answered "No," go to Section B below. You do not need to fill out Section A.

If you answered "Yes," you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. *See* §1B1.13(a)(1)(B). Please answer the following questions so the court can determine if you are eligible for release under this section of the statute.

Have you served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense(s) for which you are currently imprisoned?

☐ Yes ☒ No

Has the Director of the BOP determined that you are not a danger to the safety of any other person or the community, as provided under 18 U.S.C. § 3142(g)?

☒ Yes ☐ No

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes ☐ No

If you answered "Yes," please check all boxes that apply so the court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i). Section 3582(c)(1)(A) authorizes a court to reduce a defendant's term of imprisonment if "extraordinary and compelling reasons" warrant a reduction and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

☐   I am suffering from a terminal illness. *See* §1B1.13(b)(1)(A).

☐   I am suffering from:

- a serious physical or medical condition;
- a serious functional or cognitive impairment; or
- deterioration in my physical or mental health because of the aging process

that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition. *See* §1B1.13(b)(1)(B).

☐ I am suffering from a medical condition that requires long-term or specialized medical care that is not being provided and without which I am at risk of serious deterioration in health or death. *See* §1B1.13(b)(1)(C).

☐ There is an ongoing outbreak of infectious disease or ongoing public health emergency affecting, or at imminent risk of affecting, my correctional facility that, due to personal health risk factors and custodial status, has caused me an increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency, and such risk cannot be adequately mitigated in a timely manner. *See* §1B1.13(b)(1)(D).

☐ I am 65 years old or older; I am experiencing a serious deterioration in physical or mental health because of the aging process; and I have served at least 10 years or 75 percent of my term of imprisonment, whichever is less. *See* §1B1.13(b)(2).

☒ The caregiver of minor child/children or my child/children who is/are 18 years of age or older and incapable of self-care because of a mental or physical disability or mental condition has died or become incapacitated, and I am the only available caregiver for my child/children or adult disabled child/children. *See* §1B1.13(b)(3)(A).

☐ My spouse/registered partner, parent, immediate family member (child, spouse, registered partner, parent, grandchild, grandparent, or sibling), or someone whose relationship is similar to that of an immediate family member has become incapacitated, and I am the only available caregiver for them. *See* §1B1.13(b)(3)(B), (C), and (D).

☐ While serving this sentence, I was a victim of:

- sexual abuse involving a "sexual act," as defined in 18 U.S.C. § 2246(2); or
- physical abuse resulting in "serious bodily injury"

that was committed by or at the direction of a correctional officer, an employee, or contractor of the BOP or any other individual having custody or control over me. *See* §1B1.13(b)(4).

☒ There is another circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described above, are similar in gravity to the reasons described above. *See* §1B1.13(b)(5).

☐ I received an unusually long sentence, I have served at least 10 years of the term of imprisonment, and a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) would produce a gross disparity between the sentence

AO 250 (Rev. 09/2024) Pro Se Motion for Compassionate Release

being served and the sentence likely to be imposed on the date I filed this motion, after full consideration of my individualized circumstances. *See* §1B1.13(b)(6).

Please explain below the basis for your request. If there is additional information that you would like the court to consider but which is confidential, you may include that information on a separate page; attach the page to this motion; and, in Section I above, request that that attachment be sealed.

SEE ATTACHED MEMORANDUM OF LAW

## VI. PREVIOUSLY FILED MOTIONS

Have you previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A) (in any court)?

☐ Yes ☒ No

If you answered "Yes," were any of your previous motions granted?

☐ Yes ☐ No

If you have previously filed any motions for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A), what about your circumstances or the law has changed since your other motion(s) that you believe now makes you eligible? Please provide details below.

AO 250 (Rev. 09/24) Pro Se Motion for Compassionate Release

---

## VII. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

_3/13/2026_
Date

_Signature_

Mohamed Rafik Naji
Printed Name

89772-053
Federal Bureau of Prisons Register No.

P.O. Box 900 Ray Brook F.C.I.
Federal Bureau of Prisons Facility

Ray Brook, NY 12977
Institution's Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Respondent, | § § | Criminal No. 16-CR-653(FB) |
| v. | § § | |
| MOHAMED RAFIK NAJI, Petitioner. | § | |
| _____/ | | |

MEMORANDUM OF LAW TO SUPPORT MR'S NAJI COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) DISPARITY SENTNCE/EX POST FACTO VIOLATION/ OR ALTERNATIVELY FAMILY CIRCUMSTANCES

Comes now, inmate Mohamed Rafik Naji (hereinafter "Petitioner" or "Naji") incarcerated in F.C.I. Ray Brook, New York, proceeding in Prose(1), in necessity asking respect[fully] to the District Court moves for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Petitioner was charged to attempted provision of material support under 18 U.S.C. § 2339(B) for conduct that occurred between March 16, 2015 and September 12, 2015. That dates of these conduct are the follows:

1. From 2014 through the Mr. Naji's arrest. The government revealed that Mr. Naji used a Facebook account. Between September 2014 and May 2015, Mr. Naji publicly posted several messages expressing his support for ISIL.

2. Between March 16, 2015 and September 12, 2015, Mr. Naji travelled to locations overseas, including Turkey and Yemen.

_____

(1) United States v. Kerner, 404 U.S. 519-520 (1972)(Prose litigants are generally entitled to a liberal construction of their pleadings, which should be read to raise the strongest arguments they suggest).

1.

3. Between March 16 and 18, 2015 and continuing through Approximately August 2, 2015, Mr. Naji used Gmail Account Assessed from location within the United States.

4. On August 15, 2015, the user of Naji Facebook, posted a photograph of man. The government said that Mr. Naji was the man of the picture.

5. On November 19, 2016 a sealed complaint was made again Mr. Naji. On February 2, 2018 Mr. Naji accepted a plead guilty accepting his responsibility in his crime.

Based in the plea agreement Mr. Naji was sentenced to 240 months imprisonment the statutory maximum under post-June 2015 version of § 2339(B). Because Congress increased the statute's maximum from 15 to 20 years on June 2, 2015 (Pub. L. 114--23, § 704), Mr. Naji's sentence creates both (A) an ex post facto problem if his criminal conduct that forms the offense of conviction occurred before Junes 2, 2015 and (B) an unwarranted disparity relative to similarly situated defendants (including some tried by jury) who received shorter sentence for comparable conduct. For these reasons, and after exhaustion of Administrative remedies, Mr. Naji request compassionate release or, in the alternative, a resentencing hearing to correct the ex post facto error. See <u>exhibit-1, Mr. Naji's Compassionate Release request to the F.C.I. Ray Brook.</u>

On February 16, 2018 Mr. Naji entered a guilty to count one, and he was sentenced on June 14, 2019, to 240 months imprisonment.

<u>ISSUED PRESENTED PRESENTED TO THIS COURT</u>

WHETHER PETITIONER'S SENTENCE TO 240 MONTHS VIOLATE THE EX POST FACTO CLAUSE BECAUSE THE CONDUCT UNDERLYING THE CONVICTION OCCURRED (IN WHOLE IN PART) BEFORE CONGRESS INCREASED THE MAXIMUM PENALTY FROM 15 TO 20 YEARS ON JUNE 2, 2015.

WHETHER THE SENTENCE CONSTITUTES AN "EXTRAORDINARY AND COMPELLYNG" GROUND FOR COMPASSIONATE RELEASE UNDER § 3582(c)(1)(A) BECAUSE IT CREATES AN UNJUSTIFIED DISPARITY (i.e., PETITIONER RECEIVED HARSHER, NONRETROACTIVE PENALTY THAN SIMILARLY SITUATED DEFENDANT'S), ESPECIALLY IN LIGHT OF THE SENTENCING COMMISSION'S BROADENED § 1B1.13 AND CIRCUIT AUTHORITY RECOGNIZING COURT DISCRETION.

WHETHER PETITIONER'S FAMILY CIRCUMSTANCES CONSTITUTE AN "EXTRAORDINARY AND COMPELLING" REASON FOR COMPASSIONATE RELEASE UNDER § 3582(c)(1)(A).

WHETHER THE PETITIONER'S REHABILITATION CAN BE CONSIDERED FOR AN COMPASSIONATE RELEASE UNDER § 3582(c)(1)(A) BECAUSE PETITIONER CONTINUOUSLY CONFINED SINCE 2016 IN NEARLY 10 YEARS OF IMPRISONMENT, HE NEVER INCURRED A SINGLE DISCIPLINARY INCIDENT REPORT, HAS COMPLETED MULTIPLE EDUCATIONAL AND VOCATIONAL PROGRAMS, AND HAS SERVED AS A POSITIVE INFLUENCE AND MODEL INMATE.

## I. LEGAL FRAMEWORD

A. Statutory Authority 18 U.S.C. § 3582(c)(1)(A)

Section 3582(c)(1)(A), as amended by the First Step Act, authorizes a sentencing court to reduce a term of imprisonment after considering the § 3553(a) factors when "extraordinary and compelling reasons" warrant such a reduction and it is consistent with applicable Sentencing Commission policy statements.

The Commission's current § 1B1.13(b)(5) "other reason" and § 1B1.13(b)(3) "family circumstances" (effective Nov. 1, 2023) explicitly allows courts to recognize "other circumstances" that are extraordinary and compelling reasons including exceptional rehabilitation when comparable in gravity to the enumerated categories.

The Second Circuit in United States v. Brooker, (Zullo), 976 F.3d 228 (2d Cir. 2020), held that district courts are not limited to the old enumerated categories and may independently determine what constitute an extraordinary and compelling reason. Subsequent decisions confirm that inequities and non-retroactive changes in

3.

law can justify compassionate release where they create injustice.

II. <u>ARGUMENT</u>

1. <u>WHETHER PETITIONER'S SENTENCE TO 240 MONTHS VIOLATE THE EX POST FACTO CLAUSE BECAUSE THE CONDUCT UNDERLYING THE CONVICTION OCURRED (IN WHOLE IN PART) BEFORE CONGRESS INCREASED THE MAXIMUM PENALTY FROM 15 TO 20 YEARS ON JUNE 2, 2015</u>

A. Legal Standard: The Ex Post Facto Clause forbids laws that retroactively increase punishment. The Supreme Court in Peugh v. United States, 569 U.S. 530 (2013), held that applying a subsequently enacted sentencing regime that yields a higher sentencing range to conduct committed before the change can violate the Ex Post Facto Clause. Peugh controls the proposition significantly harsher punishment.

B. Application to § 2339(B) on June 2, 2015 to increase the statutory maximum from 15 to 20 years (Pub. L. 114-23, § 704). If the criminals acts for which petitioner was convicted were completed prior to June 2, 2015, then imposing or upholding a 20 years statutory maximum sentence would violate the Ex Post Facto Clause because it retroactively increase the punishment for petitioner's prior conduct. Petitioner will show at a minimum that the indictment time frame and the factual basis of the plea indicate key conduct occurred before June 2, 2015 (and the government's proof at trial would have been the same). See <u>Petitioner's indictment attached in exhibit-2.</u>

C. Anticipate government response and petitioner's Replies: Government may argue that (1) the offense was ongoing and continued after June 2, 2015, or (2) the plea allocuted to post-June 2 conduct, or (3) Petitioner's plea waived ex post facto challenge. Petitioner reply: The critical inquiry is whether the conduct

4.

supporting the offense of conviction occurred before the law change and whether the change applied materially to increase the authorized punishment. If the conduct was completed (or the essential elements occurred) before June 2, 2015, Peugh supports relief. If the government claims ongoing conduct, petitioner can offer the changing record, plea colloquy, and any available discovery to show (a) the date(s) of the operative acts and (b) that no continuing offense after June 2 made the increased penalty applicable. If the plea allocution is ambiguous, the Court may (and should) hold an evidentiary hearing. See Peugh principles.

2. WHETHER THE SENTENCE CONSTITUTE AN "EXTRAORDINARY AND COMPELLING" GROUND FOR COMPASSIONATE RELEASE UNDER § 3582(c)(1)(A) BECAUSE IT CREATES AN UNJUSTIFIED DISPARITY (i.e., PETITIONER RECEIVED HARSHER, NONRETROACTIVE THAN SIMILARLY SITUATED DEFENDANT'S), ESPECIALLY IN LIGHT OF THE SENTENCING COMMISSION'S BROADENED § 1B1.13 AND CIRCUIT AUTHORITY RECOGNIZING COURT DISCRETION

Disparity/"other reasons" as an extraordinary and compelling ground for compassionate release: Even apart from a direct ex post facto remedy, petitioner may proceed under § 3582(a)(1)(A) arguing that the sentence now produces a gross disparity (including relative to defendants who went to trial or who committed comparable acts) and hence qualifies as an "other" extraordinary and compelling reason under § 1B1.13(b)(5)/(b)(6) (Commission's updated language). The Sentencing Commission has expanded the "other reason" language in recent amendments, and many district courts have treated sentencing-law changes and resulting disparities as cognizable reasons for compassionate release. Circuits differ, but several courts (following Brooker and related decisions) hold that courts retain broad discretion to identify "extraordinary and compelling" circumstances beyond the enumerated medical/age/family categories.

The 240 months Sentence Creates an Extraordinary and Compelling Disparity: Even within terrorism-related prosecutions, courts in this Circuit have

consistently imposed significantly lower sentence for comparable or more serious conduct.

The Following table illustrate the disparity:

Case Disposition Sentence Court/Year

United States. Redzepagic, 2023 U.S. App. LEXIS 14554 (E.D.N.Y.) Plea 200 months, the defendant attempted to join ISIS; guilty plea.

United States v. KhusAnov, 2022 U.S. Dist. LEXIS 142940 (E.D.N.Y.) Plea 180 months Conspiracy to provide material support; multiple co-defendants.

United States v. Pugh, 2024 U.S. App. LEXIS 6964  (2d Cir.) Jury conviction 180 months Attempted material support; more extensive conduct.

United States v. Kasimov, 2024 U.S. App. LEXIS 26628 (2d Cir.) Jury conviction 180 months Multiple communications with FTO; trial verdict.

United States v. Young, 818 F. App'x 185 (4th Cir. 2020) Jury conviction 180 months Similar offense; no plea.

United States v. Saidakhmetov, No. 15-cr-95 (WFK), 2017 U.S. Dist. LEXIS 215553, 2018 WL 46151 (E.D.N.Y) Plea 180 months Attempted material support; codefendants sentence lower.

Another defendants with cases more controversial the district court had been punishment with more lesser sentence.

The Following table illustrate the disparity:

Name: Sultan Salim, got 60 months in January 2009 (Northern District of Ohio);

Adam Shafi, got time served (about 3 years) in 2019 in the Northern District of California after jury deadlocked in 2018;

Samantha Elhassani, got 78 months in November 2020 in Northern District Indiana;

Ahmad Suhad ahmad, got 41 months in November 2021 Daz in a sting case;

Muse Abdikadir Muse, got 78 months in September 2019, Western District

6.

MI;

Shahidul Gaffar, got 24 months in September 2021 in Eastern District, Philadelphia;

Nablia Khan, got 24 months in September 2021 in Eastern District, Philadelphia (Gaffar's codefendant);

Michael Robert Solomon, got 36 months in February 2022, in Western District, MI (Boogaloo sting case);

Akmal Zakiroz, got time serve in July 2022,(but that was almost 7 years) in Eastern District, New York;

Georgianna Giampetro, got 68 months in July, 2022 in Middle District, Tennessee;

Ashiqui Alam, got 60 months in September, 2022, in Eastern District, New York in a sting case;

Ty Garbin, got 75 months in September, 2022 (he cooperated and testified in Mi Militia sting case) in Western District, Michigan;

Khaled Miah, got 72 months in October, 2022 after trial in Western District, Philadelphia;

Elving Hunter Bgorn Williams, got 48 months in November, 2022, in Western District, Washington States in sting case;

Maria Bell, got 34 months in January, 2022 in District, New Jersey; and,

Kim Anh Vo, got time served in February, 2023 (about 1 year) in Southern District, New York.

Each of these defendants, unlike Petitioner, either proceeded to trial or engaged in equal or greater levels of conduct, yet he received sentences time served, 20 to 60 months shorter.

This disparity is thus stark and "unwarranted" under 18 U.S.C. § 3553(a)(6),

7.

which directs court to avoid sentence disparities among similarly situated defendants.

Where a defendant who accepted responsibility receives a harsher term than those convicted by juries, the imbalance itself undermines the goals of uniformity and proportionality.

The Disparity Qualifies as an "Other Extraordinary and Compelling Reason": The Commission's § 1B1.13(b)(5) permits courts to recognize "other circumstances similar in gravity" to the enumerated reasons, Courts have found extraordinary and compelling circumstances where "the defendant's sentence is dramatically longer than that of similarly situated defendants." See, e.g., United States v. McCoy, 981 F.3d 271 (4th Cir. 2020); United States v. Maumau, 993 F.3d 821 (10th Cir. 2021); Brooker, 976 F.3d at 237-38.

Here Petitioner's sentence of 240 months is at the outer statutory maximum, exceeding even trial-verdict cases.

This rare result guilty plea yet maximum penalty creates the very inequity § 3582(c)(1)(A) now enpowers courts to correct.

The § 3553(a) Factors Favor a Reduction. Nature of the offense: Petitioner's conduct, while serious, did not involve actual violence; it falls within the same category as defendants who received 180 months or others with more lesser sentence.

History and characteristics: Petitioner accepted responsibility and plead guilty, demonstrating early remorse. Need deterrence and protections of the public: A 15 years or time served term still provides substantial deterrence and public protection. Avoidance of unwarranted disparities: A reduction would harmonize Petitioner's sentence with analogous cases within this Circuit and others

8.

Circuit. Under Brooker, the Court's discretion and the amended § 1B1.13(b)(5) jointly authorize a correction to eliminate an inequitable outcome.

3. WHETHER PETITIONER'S FAMILY CIRCUMSTANCES CONSTITUTE AN "EXTRAORDINARY AND COMPELLING" REASON FOR COMPASSIONATE RELEASE UNDER § 3582(c)(1)(A)

Petitioner argues that he is entitled to a sentence reduction under U.S.S.G. § 1B1.13(3)(C) which provides that extraordinary and compelling reasons exist based on "the incapacitation of the defendant's parent when the defendant would be the only available caregiver for the parent." Petitioner's father present different health problems including, cardiovascular, diabetes, allergy, intramuscular pain and fungus. See exhibit-3 Petitioner's father medical record attached to this motion.

Petitioner understand that his father is around another family member, but having petitioner around his father can be more better the situation involving the recuperation of his father. The district court may be find that this extraordinary and compelling reason can not be alone to grant petitioner's motion § 3582(c)(1)(A), but looking to the all scenario in this case, the court can consider petitioner's father health problem as an extraordinary and compelling reason under § 3582(c)(1)(A) and U.S.S.G. § 1B1.13(3)(C). See United States v. David Perez, 2024 U.S. Dist. LEXIS 82515 (D. Mont. May 6, 2024), also see United States v. Marnail Washington, 2024 U.S. Dist. LEXIS 184785 (M.D. Ala. Oct. 8, 2024).

4. WHETHER THE PETITIONER'S REHABILITATION CAN BE CONSIDERED FOR AN COMPASSIONATE RELEASE UNDER § 3582(c)(1)(A) BECAUSE PETITIONER CONTINUOUSLY CONFINED SINCE 2016 IN NEARLY 10 YEARS IMPRISONMENT, HE NEVER INCURRED A SINGLE DISCIPLINARY INCIDENT REPORT, HAS COMPLETED AS A POSITIVE INFLUENCE AND MODEL INMATE

Petitioner argues that exceptional rehabilitation during nearly a

a decade of incarceration consistent with Pepper v. United States, 562 U.S. 476 (2011). Under 18 U.S.C. § 3582(c)(1)(A)k, as sentencing court "may reduce the term of imprisonment" after considering the § 3553(a) factors if it finds that "extraordinary and compelling reasons warrant such a reduction" and the reduction is consistent with the Sentencing Commission's policy statements.

The Supreme Court's Holding in Pepper v. United States, 562 U.S. 476 (2011):

In Pepper, the Supreme Court held that a sentencing court may consider "evidence of a defendant's post-sentencing rehabilitation" when imposing a reduced sentence after remand. The Court explained that such evidence is "highly relevant to several of the § 3553(a) factors", including:

> "the history and characteristics of the defendant," § 3553(a)(1);

> "the need for the sentence imposed to afford adequate deterrence," § 3553(a)(2)(B); and

> "to protect the public from further crimes," § 3553(a)(2)(C).

The Court emphasized that post-sentencing rehabilitation can "provide the most up-to-date picture of the defendant's 'history and characteristics'" and may justify a downward variance or reduction. Pepper, 562 U.S. at 491-93.

Petitioner exceptional rehabilitation constitute an extraordinary and compelling reason. The record show that since 2016, the Petitioner has:

1. Maintained a perfect disciplinary record no incident reports in nine years. See exhibit-4 Petitioner BOP's record without any incident report almost 10 years.

2. Completed numerous educational, vocational programs and College graduation to become a member of the Beta Theta Pi

10.

chapter of Phi Theta Kappa International Honor Society, the Society, the premier honor Society for two-year college student. See exhibit-5 Petitioner's BOP's educational, vocational and College graduation and Certification record.

3. Mentored other inmates, contributing positively to institutional life and safety.

4. Demonstrated a sincere commitment to rehabilitation, personal growth, and reintegration into society.

Courts routinely recognize such sustained rehabilitation as an "extraordinary and compelling" reason under § 3582(c)(1)(A). See, e.g.:

United States v. Millian, 2020 WL 1674058 (S.D.N.Y. Apr. 6, 2020)(granting compassionate release based on extraordinary rehabilitation);

United States v. Torres, 464 F. Supp. 3d 651 (S.D.N.Y. 2020)(same);

United States v. Marks, 455 F. Supp. 3d 17 (W.D.N.Y. 2020)(good conduct and extensive programming warranted reduction).

Like the defendants in those cases, the Petitioner has used every available opportunity to self-improvement and poses minimal risk to public. See exhibit-6 Petitioner's BOP's Recidivism Risk Assessment "risk level of minimum).

Under Pepper, rehabilitation directly informs the § 3553(a) analysis. The Court in Pepper made clear that post-sentencing rehabilitation is relevant to determining whether the existing sentence remains "greater than necessary" to serve the goals of punishment. 562 U.S. at 491.

The Court reasoned that where a defendant demonstrates genuine reform, continued incarceration may no longer be needed to protect the public or ensure deterrence. Applying Pepper, courts in this

Circuit have reduced sentences after finding that sustained good conduct and personal reform warranted reconsideration. See United States v. Rodriguez, 492 F. Supp. 3d 306, 312 (S.D.N.Y. 2020)("Pepper instructs that rehabilitation is central to § 3553(a) and may justify a sentence reduction.").

Here, Petitioner's spotless record and positive achievements show that he has internalized the goals of sentencing deterrence, respect for law, and rehabilitation.

Keeping him incarcerated to the full 240 months term would swerve no further penal purpose and would contravene § 3553(a)'s command that the sentence be "sufficient, but not greater than necessary."

A reduction would still satisfy the Purposes of Sentencing. Reducing Petitioner's sentence would:

1. Reflect the seriousness of the offense while acknowledge extraordinary personal reform;

2. Promote respect for the law by demonstrating that the justice system rewards genuine rehabilitation;

3. Provide just punishment proportionate to his transformation; and

4. Avoid unwarranted disparities with similarly situated defendants who have received reductions after years of good conduct.

Under Pepper v. United States, post-sentencing rehabilitation is a compelling basis for leniency. Petitioner's almost 10 years of exemplary conduct, educational and vocational dedication, and lack of disciplinary infractions demonstrate that he has achieved the fundamental purpose of sentencing rehabilitation.

This court must find that petitioner's exceptional rehabilitation constitutes an "extraordinary and compelling reason" under § 1B1.13(b)(5). This Court also should be re-evaluate the § 3553(a)

12.

factors in light of Pepper and the petitioner's current character; and grant a reduction of sentence to a term consistent with time served or such lesser term the Court deems apropriate.

A. Petitioner's extensive rehabilitation, strong family ties, and good conduct while incarcerated are additional extraordinary and compelling reasons warranting a reduction.

Mr. Naji's extensive rehabilitation, strong family ties, and good conduct while incarcerated support a sentence reduction under a subsection of the amended policy statement, § 1B1.13(b)(5).

Throughout his incarceration, despite knowing that he will likely spend 20 years in prison, Mr. Naji has demonstrate a remarkable record of rehabilitation and eagerness to prepare for contributing to his country and community if he is released.

Mr. Naji has maintained strong relationships with his family member and close family friends, who stand ready to receive him after his release--a relevant factor in deciding the motion before the Court. See Pollard, 2020 WL 4674126 at *7 (concluding that having "concrete plans" upon release, including a job and a place to live, support, supports a finding in favor of a sentence reduction); United States v. Steele, No. 10-20037-01-JWL, 2021 WL 2711176, at *3 (D. Kan. July 1, 2021)(granting a sentence reduction because, among other reasons, strong families ties were evident in "letters from defendant's brother and his three adult children, who are all eager to assist defendant as he transitions back to his community"); United States v. Rogers, No. 13-cr-15, 2023 WL 121224, at *4 (D. Mon. Jan. 6, 2023)(granting a sentencing reduction because, among other reasons, defendant's family would provide him a place to live, a job, and the support of an aunt, uncle, and

brother).

Petitioner's family support his release. See <u>exhibit-7 Mr.
Naji's family and friend letters supporting him in his natal
country when he get his release and be deported.</u>

Petitioner accepted remorseful and responsibility for the crime
that he committed. See <u>exhibit-8 Mr. Naji's letter to this Court.</u>

B. Final Statement to this Court under § 3553(a) factors.

Mr. Naji does not pose a danger to any other person or to the
United States communities at large. Petitioner will be deported to
his natal country the soon this Court grant this petition for
compassionate release. Mr. Naji has created a supportive community
while in prison that includes helping other inmates, as noted by
the education staff. These steps show that he has the tools
necessary to continue on his path in his country.

The relevant § 3553(a) factors weigh in favor or relief. Mr.
Naji's rehabilitation(2) in prison, personal circumstances, and
good behavior during his incarceration further weight strongly in
favor of a reduction to time served.

These factors "may highly relevant to several of the § 3553(a)
factors that Congress has expressly instructed district courts to
consider at sentencing". Section    3582(c)(1)(A)    is    not    a
resentencing provision. Rather, it allows for a second look at a
sentence imposed many years ago. It is clear that the Court can

_____

(2) To be clear, Mr. Naji does not argue that his rehabilitation
alone supports a sentence reduction. But the Court may consider
rehabilitation in combination with other circumstances in
determining whether and to what extent a reduction in sentence may
be warranted. This was true before the amendment and has been
expressly reaffirmed by the Commission in subsection (d) of the
amended policy statement. § 1B1.13(d).

14.

reduce petitioner's sentence to time serve notwithstanding any mandatory minimum sentences (or current Guideline range) that would apply if Mr. Naji were being sentenced for the first time today. See, e.g., United States v. Rose, 837 Fed. Appx. 72, 73-74 (2d Cir. 2021)("[T]he district court must consider the § 3553(a) factors; it may look to, but is not bound by, the mandatory minimums that the defendant would face if being sentenced for the first time under revised guidelines or statutes.").

At bottom, this Court has considerable discretion in reducing petitioner's sentence and fashioning a sentence that is fair and just.

CONCLUSION

For the foregoing reasons, Mr. Naji the petitioner in this proceeding acting prose, respectfully request the Court to use the authority conferred on it by the First Step Act, as clarified by the Commission's policy statement, to reduce his sentence. Petitioner also request a hearing in this Court or any other Court alternative to reduce his sentence.

Date: 3/19/2026

Respectfully submitted:

Muhamed Rafik Naji
Reg. 89772-053
F.C.I. Ray Brook, NY
P.O. Box 900
Ray Brook, NY 12977

15.

## CERTIFICATE OF SERVICE

I hereby certify on 3/19/2026 ,2026 a copy of the foregoing document memorandum of law under Compassionate Release with attached exhibits, were filed via mail room to this Court and notice of this filing was sent to the US Attorney Office. This document was stamped certificate envelope via mail room in F.C.I. Ray Brook, NY 12977.

Date: 3/19/2026          Sincerely: _____

United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklin, New York, 11201


Theodore Rooselvett US Courthouse
225 Cadman Plaza East, Room 1185
Brooklin, NY 11201-1818

# Exhibit 1

WARDEN REQUEST                          Date: _11/8/25_
INMATE REQUEST TO STAFF
BP-AO148
From: Mohamed Rafik Naji
Reg. 89772-053
Work assignment: Education Tutor        Unit: Mohawk-A

To Case Manager or Counselor,

Inmate's Request to Staff, submitted for consideration for a
Compassionate Release/Reduction in Sentence (RIS) in accordance with
Program Statement 5050.50. In accordance with program Statement 5050.50,
Compassionate release/Reduction in Sentence, procedure for
implementation of 18 U.S.C. § 3582 and 4205. Inmates may initiate a
request for consideration only when there are particularly extraordinary
and compelling circumstances which could no reasonably have been forese 
een by the court at the time of sentencing.

I have done everything in my power to rehabilitate myself as demonstrate
by my genuinely exceptional accomplishments and meritorious and
excellent prison record. I'm not seeking to justify, disminish, or
detract from the seriousness of my offenses.

There is no excuse for my past actions, I have made exceptional strides
in bettering myself. My record of rehabilitation can be considered
extraordinary, and spells out what Congress intended when it stated that
a sentence should be sufficient but not greater than necessary to
achieve the goals of sentencing one of which is rehabilitation. I have
completed numerous rehabilitative programs and College diploma and
certificate that I done all thoses programs.

Accordingly, the US Sentencing Commission's promulgation of this new §
1B1.13 provisions serves to functionally "overrule" any and all court
precedents that nonretroactive change in law cannot be the basis for a
statutory sentence reduction under 18 U.S.C. § 3582(c)(1)(A).

The Sentencing Commission had been change adopted and approved the new
subsection 1B1.13(b)(5) "other reason". Under this subsection inmate
Mohamed Rafik Naji ask respectfully to the Warden in this Institution to
grant this compassionate release because he was sentenced under the Ex
Post Facto violation because he received a greater punishment for the
crime that he committed before the Congress changed the federal statute
18 U.S.C. § 2339B on June 2015. Inmate Mohamed Rafik Naji received a
Maximum term of imprisonment of 20 years when in the reality he only
can be punished to Maximum term of imprisonment of 15 years. The
application of the wrongly sentencing guideline manual in effect when he
was sentenced was in violation of the Ex Post Facto violation because
the court must be sentence him under the sentencing guideline manual
when Mohamed Rafik Naji committed this offense.

1.

Based in the reason explained in this request, Inmate Mohamed Rafik Naji received a disparity sentence in comparison with others cases similar to Mr. Naji's background and fact of the case. Under the new subsection 1B1.13(b)(5) "other reason", Mr. Naji ask respectfully to the Warden in this Institution to grant his compassion release under the extraordinary circumstances presented in this petition.

Respectfully submitted,

Mohamed Rafik Naji
Reg. 89772-053
Federal Correctional Inst.
P.O. Box 900
Ray Brook, NY. 12977.

2.

**INMATE REQUEST TO A STAFF MEMBER**
Warden's Response

Name:  NAJI, Mohamed Rafik

Reg. No.:  89772-053                          Unit:  Delaware A

You requested a Compassionate Release based on changes in the law and your ongoing efforts to rehabilitate yourself.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons.  BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

Unfortunately, your request does not meet any of the above eligibility criteria to warrant an early release from your sentence. Accordingly, your request is denied.

If you are not satisfied with this response to your request, you may file an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.


_For_ _____                              12-10-2025
A. Cruz, Acting Warden                               Date

# Exhibit 2

AAS:MW/ICR
F.# 2016R00010

2016 DEC 20  PM 3: 04

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MOHAMED RAFIK NAJI,

Defendant.

- - - - - - - - - - - - X

INDICTMENT

CR16 - 653
Cr. No. _____
(T. 18, U.S.C., §§ 981(a)(1)(C),
981(a)(1)(G), 2339B(a)(1), 2339B(d), 2 and
3551 et seq.; T. 21, U.S.C., § 853(p); T. 28,
U.S.C., § 2461(c))

BLOCK, J.

THE GRAND JURY CHARGES:

SCANLON, M.J.

ATTEMPT TO PROVIDE MATERIAL SUPPORT
TO A FOREIGN TERRORIST ORGANIZATION

1.      On or about and between March 16, 2015 and September 12, 2015,
both dates being approximate and inclusive, within the Eastern District of New York and the
extraterritorial jurisdiction of the United States, the defendant MOHAMED RAFIK NAJI,
together with others, did knowingly and intentionally attempt to provide material support and
resources, as defined in Title 18, United States Code, Section 2339A(b), including personnel,
including himself, to a foreign terrorist organization, to wit: the Islamic State of Iraq and the
Levant ("ISIL"), which at all relevant times has been designated by the Secretary of State as
a foreign terrorist organization, knowing that the organization was a designated terrorist
organization and the organization had engaged in and was engaging in terrorist activity and
terrorism, and the defendant was an alien lawfully admitted for permanent residence in the
United States (as defined in section 101(a)(20) of the Immigration and Nationality Act), and

3

Section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or (iv) of any individual, entity or organization engaged in planning or perpetrating any act of international terrorism (as defined in Title 18, United States Code, Section 2331) against any international organization (as defined in Title 18, United States Code, Section 4309(b)) or against any foreign Government.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

F. #2016R00010

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

*MOHAMED RAFIK NAJI,*

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 981(a)(1)(C), 981(a)(1)(G), 2339B(a)(1), 2339B(d), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ _____
                                                          *Foreperson*

_____

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                          *Clerk*

*Bail, $* _____

*Melody Wells and Ian C. Richardson,*
*Assistant U.S. Attorneys (718) 254-7000*

# Exhibit 3



**JOHNS HOPKINS**
M E D I C I N E

### This is Your After Visit Summary

This summary was prepared for Rafik A Naji

Date of Birth 2/1/1952

Thank you for choosing Johns Hopkins Medicine for your health care. This summary contains important information about your visit today, including your diagnoses, medications, tests ordered, future appointments and other instructions. Please read it carefully and contact us if you have any questions.

If you want a copy of your medical records:
- You can see your test results and summary of this visit in your online record (MyChart).

- Call the Health Information Management (medical records) office at 410-955-6044 or 410-955-6043.

### Call Your Primary Care Provider First

If you are sick, not feeling well, or injured between your regularly scheduled visits, call your primary care provider first. Your primary care provider knows you and can offer advice and treatment options, and may be able to see you for either a same-day, weekend or evening appointment.

### MyChart Proxy Access

You can allow family members or others to access your medical information in MyChart using their own username and password. They don't need to be a Johns Hopkins Medicine patient. Please ask your clinical office or hospital unit staff for a Proxy Access Authorization form.









/13/2020    3:09:04PM                                                Page 1 of 1

**MILAN OPTIQUE**
83A 5Th Avenue
Brooklyn, NY 11217
Phone : 718-636-4526
Fax :   718-636-4505

Invoice

**Bill To :**
MR   Rafik    Nagi                          Customer ID : NagR0811200
53 6Th Ave                                  Invoice Number : INW0031643
Brooklyn        , NY 111217
347-272-2155

| SKU | Description | Quantity | Price | Discount | Discount Description | Tax Y/N | Line Total |
|-----|-------------|----------|-------|----------|----------------------|---------|-----------|
| | | | | | | | 0.00 |
| 92004 | EXAM | 1 | 69.00 | 69.00 | Union Plan Discount | Y | 337.97 |
| 6824 | Varilux Physio Drx | 1 | 439.00 | 139.00 | Advertisement | Y | 167.21 |
| 656 | Crizal Saphire | 1 | 199.00 | 49.00 | Advertisement | | 50.00 |
| s0580 | poly | 1 | 99.00 | 49.00 | Advertisement | | |

Subtotal :    555.19

Invoice Credit :    0

**Payments History :**

| Payment Date | Payment Type | Check Number | Card Type | CardNumber | Amount |
|--------------|-------------|--------------|-----------|------------|--------|
| 2/13/2020 | CREDIT CARD | | Master Card | xxxx-xxxx-xxxx-2648 | 555.19 |

Payments Total :    555.19

Total Now Due :    0.00



**JOHNS HOPKINS**
M E D I C I N E

AFTER VISIT SUMMARY
Rafik A. Najl
DoB: 2/1/1952

Date: 3/20/2020  9:30 AM

Location:                    Johns Hopkins After Care Clinic
Phone: 410-955-5094

ملخص الزيارة

تاريخ الميلاد: الجمعة، ١ فبراير ١٩٥٢ الموافق: ٥ جمادى الأولى ١٣٧١ هجري

التاريخ: الجمعة، ٢٠ مارس ٢٠٢٠ الموافق: ٢٥ رجب ١٤٤١ هجري، ٩:٣٠ صباحا
الموقع:
هاتف: ٩٤-٥٥٥٠-٤١٠

Instructions

**Today's medication changes**

○ START taking:
  naloxone (NARCAN)
  omeprazole (PriLOSEC)
  polyethylene glycol (MIRALAX)
  traMADoL (ULTRAM)

◆ CHANGE how you take:
  Senokot
  reasons to take this

Accurate as of March 20, 2020 10:53 AM.

See your updated complete medication list below

**Pick up these medications**

التعليمات
التغييرات للأدوية اليوم
ابدأ أخذ:

غيّر طريقة أخذ:
أسباب الأخذ

المعلومات صحيحة بتاريخ الجمعة، ٢٠ مارس ٢٠٢٠ الموافق: ٢٥ رجب ١٤٤١ هجري، ٣:٥٣ صباحا.

قم بالحصول على هذه الأدوية

15284 – BALTIMORE MD – 900 N WASHINGTON ST AT NWC OF WASHINGTON   من:
& ASHLAND
900 N WASHINGTON ST STE 1, BALTIMORE MD 21205-1258   العنوان:
410-522-5639   هاتف:

Printed at 3/20/20 10:53 AM                                    Page 1 of 10  **Epic**



JOHNS HOPKINS
medicine

AFTER VISIT SUMMARY
Rafik A. Naji
DoB: 2/1/1952

Date: 3/20/2020  9:30 AM

Location:
Phone: 410-955-5094

Johns Hopkins After Care Clinic

ملخص الزيارة

تاريخ الميلاد: الجمعة، ١ فبراير ١٩٥٢ الموافق: ٥ جمادى الأولى ١٣٧١ هجري:

التاريخ: الجمعة، ٢٠ مارس ٢٠٢٠ الموافق: ٢٥ رجب ١٤٤١ هجري ٩:٣٠ صباحا

الموقع:
هاتف: ٥٠٩٤-٩٥٥-٤١٠

## Instructions

التعليمات

🔗 **Today's medication changes**

التغييرات للأدوية اليوم

○ START taking:
naloxone (NARCAN)
omeprazole (PriLOSEC)
polyethylene glycol (MIRALAX)
traMADoL (ULTRAM)

ابدأ أخذ:

◆ CHANGE how you take:
Senokot
reasons to take this

غيّر طريقة أخذ:
أسباب الأخذ

Accurate as of March 20, 2020 10:52 AM.

See your updated complete medication list below

المعلومات صحيحة بتاريخ الجمعة، ٢٠ مارس ٢٠٢٠ الموافق: ٢٥ رجب ١٤٤١ هجري ١٠:٥٢ صباحا

🛒 **Pick up these medications**

قم بالحصول على هذه الأدوية

- aspirin
- atorvastatin
- metFORMIN
- metoPROLOL succinate
- naloxone
- omeprazole
- polyethylene glycol
- Senokot
- traMADoL

From: Walgreens Drug Store 15284 - BALTIMORE, MD - 900 N WASHINGTON ST AT NWC OF WASHINGTON & ASHLAND

من:

Address:        900 N WASHINGTON ST STE 1, BALTIMORE MD 21205-1258

العنوان:

Phone:                410-522-5639

هاتف:

Rafik A. Naji (MRN: JH57609907) - Printed at 3/20/20 10:52 AM

Page 1 of 10  Epic



Instructions (continued)

التعليمات (تابع)

**CT Abdomen Pelvis W/WO IV Contrast**
Scheduled for 4/6/2020

معدول تاريخ الإنس: ٦ ابريل ٢٠٢٠ الموافق ١٣ شعبان ١٤٤١ هجري
Expires: 3/20/2021 (requested)

انتهاء الصلاحية: السبت ٢٠ مارس ٢٠٢١ الموافق ٧ شعبان ١٤٤٢ هجري (مطلوب)

## Today's Visit

زيارة اليوم

You saw: Brent Bruce MacDonald, MD
Date: Friday March 20, 2020
Issues addressed:

أنت رأيت:
التاريخ: الجمعة ٢٠ مارس ٢٠٢٠ الموافق ٢٥ رجب ١٤١ هجري
المشاكل الصعبة التي تم علاجها:

- CAD, multiple vessel
- Coronary artery disease involving coronary bypass graft of native heart without angina pectoris
- S/P CABG (coronary artery bypass graft)
- Generalized abdominal pain
- Constipation, unspecified constipation type
- Dysuria
- Acute midline low back pain without sciatica
- Type 2 diabetes mellitus, without long-term current use of insulin
- Essential hypertension
- Hyperlipidemia, unspecified hyperlipidemia type
- Normocytic anemia
- Cholestasis
- Elevated alkaline phosphatase level
- Hypoalbuminemia
- Malnutrition, unspecified type
- Gastroesophageal reflux disease, esophagitis presence not specified
- Hospital discharge follow-up

| | | |
|---|---|---|
| Blood Pressure: | 124/71 | ضغط الدم: |
| BMI: | 21.34 | مؤشر كتلة الجسم: |
| Weight: | 144 lb 8 oz (65.5 kg) | الوزن: |
| Height: | 5' 9" (1.753 m) | الطول: |
| Temperature: | 98.5 °F (36.9 °C) | درجة الحرارة: |
| Temperature Source: | Temporal | مصدر درجة الحرارة: |

Rafik A. Naji (MRN: JH57609907) • Printed at 3/20/20 10:52 AM

Page 2 of 10  Epic



Today's Visit (continued)                                      زيارة اليوم (تابع)

Pulse:                          106                            النبض

Respiration:                     20                            التنفس

Oxygen Saturation:              97%                            تشبع الأكسجين

⊕ Done Today                                                  الإجراءات المكتملة اليوم
  Bacterial Culture, Urine
  CK
  Gamma GT
  Hepatic Function Panel
  Glucose-6-Phosphate Dehydrogenase
  Reticulocytes
  Iron, TIBC,% Transferrin Saturation
  Vitamin B12
  Ferritin
  Vitamin D (25-Hydroxy) Total
  Lipase
  Urinalysis
  Sedimentation Rate
  C-Reactive Protein

What's Next                                                   ماذا بعد
**CT ABDOMEN PELVIS W/WO IV CONTRAST**
Date: Monday April 6, 2020             التاريخ: الاثنين، ٦ أبريل ٢٠٢٠ الموافق: ١٣ شعبان ١٤٤١ هجري
Time:  2:50 PM                                          الوقت: ٢:٥٠ مساءً
Where to go:          Johns Hopkins Radiology - CT        أين يجب عليك الذهاب:
Address:                  601 N Caroline Street                    العنوان:
                              3rd Floor
                       Baltimore MD 21287-0006

Phone: 410-955-4100                                   هاتف: ٤١٠-٩٥٥-٤١٠٠

Postop                                                       مع:
With:                     Ahmet Kilic, MD      التاريخ: الأربعاء، ٨ أبريل ٢٠٢٠ الموافق: ١٥ شعبان ١٤٤١ هجري
Date: Wednesday April 8, 2020
Time:  9:30 AM                                          الوقت: ٩:٣٠ صباحا
Arrive by: 9:00 AM                                   وصول قبل: ٩:٠٠ صباحا
Where to go:              JH Cardiac Surgery              أين يجب عليك الذهاب:
Address:                   10755 Falls RD                        العنوان:
                          Pavilion I STE 360
                       Lutherville MD 21093-4671

Phone: 410-955-2800                                   هاتف: ٤١٠-٩٥٥-٢٨٠٠



## What's Next (continued)

### New Patient Appointment

With: Scott Alan Feeser, MD

Date: Monday June 1, 2020
Time: 9:40 AM
Arrive by: 9:25 AM
Where to go:
Address:
JHCP Internal Med Remington
2700 Remington Avenue
Suite 2000
Baltimore MD 21211-3040

Phone: 667-312-2400

Showing your appointments through June 1, 2020. You have more appointments scheduled after these.

ماذا بعد (تابع)

مع: Scott Alan Feeser, MD

التاريخ: الإثنين، ١ يونيو ٢٠٢٠ الموافق، ٩ شوال ١٤٤١ هجري
الوقت: ٩:٤٠ صباحاً
وصول قبل: ٩:٢٥ صباحاً
أين يجب عليك الذهاب:
العنوان:

هاتف: ٢٦٧-٣١٢-٢٤٠٠

عرض المواعيد الخاصة بك من خلال الإثنين، ١ يونيو ٢٠٢٠ الموافق: ٩ شوال ١٤٤١ هجري لديك المزيد من المواعيد المسجلة بعد هذه.

### Additional Medication Instructions:

**CAUTION – ADULTS should not take more than 4,000 mg of acetaminophen (Tylenol, APAP or paracetamol) in a 24 hour period. Count all medicines that contain acetaminophen. The limit is lower for CHILDREN, so please ask your doctor or pharmacist about the proper daily dose.**

### MyChart

Securely send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more. Just go to the website below, click "Sign Up Now", and enter your personal activation code.

Sign up at: https://mychart.hopkinsmedicine.org/MyChart/
Activation code: XRWW6-KNFWS
Activation code expires: 4/28/2020

أرسل رسائل لطبيبك، اطلع على نتائج تحليلاتك المخبرية، أعد تعبئة أدويتك، سجل مواعيد زيارتك الطبية، والمزيد. إذهب إلى موقعنا الالكتروني وإضغط على "سجل الآن"، ثم أدخل رمز تفعيل حسابك.

سجل في: https://mychart.hopkinsmedicine.org/MyChart/
رمز التفعيل: XRWW6-KNFWS
تنتهي رمز التفعيل: الثلاثاء ٢٨ أبريل ٢٠٢٠ الموافق: ٥ رمضان ١٤٤١ هجري.



## Your Medication List
as of March 20, 2020 10:52 AM

قائمة أدويتك
تاريخ الجمعة: ٢٠ مارس ٢٠٢٠ الموافق: ٢٥ رجب ١٤٤١ هجري ١٠:٥٢ صباحاً

ⓘ If you have questions about this list or if there are differences between this list and the labels on the medications you are using at home, please ask your pharmacist or provider.

**acetaminophen 500 MG tablet**
Commonly known as:                          TYLENOL                                المعروف بـ:
Take 2 tablets (1,000 mg per dose) by mouth every 6 (six) hours as needed for Pain.

**aspirin 325 MG tablet**
Take 1 tablet (325 mg per dose) by mouth daily.
For diagnoses:               S/P CABG (coronary artery bypass graft)              للتشخيصات:

**atorvastatin 40 MG tablet**
Commonly known as:                          LIPITOR                                المعروف بـ:
Take 1 tablet (40 mg per dose) by mouth nightly.
For diagnoses:          Hyperlipidemia, unspecified hyperlipidemia type           للتشخيصات:

**metFORMIN 500 MG tablet**
Commonly known as:                        GLUCOPHAGE                              المعروف بـ:
Take 1 tablet (500 mg per dose) by mouth 2 (two) times daily with meals.
For diagnoses:      Type 2 diabetes mellitus, without long-term current use of insulin    للتشخيصات:

**metoPROLOL succinate 50 MG 24 hr tablet**
Commonly known as:                         TOPROL XL                              المعروف بـ:
Take 1 tablet (50 mg per dose) by mouth daily.
For             Coronary artery disease involving coronary bypass graft of native heart without angina    للتشخيصات:
diagnoses:                                 pectoris

➡ **naloxone 4 mg/actuation nasal spray**                                          المعروف بـ:
Commonly known as:                          NARCAN
Spray into one nostril for suspected overdose. Repeat x1, if no response after 3 minutes. Dispense one package
with 2 nasal sprays.
For diagnoses:          Acute midline low back pain without sciatica              للتشخيصات:
Started by:                    Brent Bruce MacDonald, MD                          تم ابتداله من قبل:

➡ **omeprazole 40 MG DR capsule**
Commonly known as:                         PriLOSEC                               المعروف بـ:
Take 1 capsule (40 mg per dose) by mouth daily.
For               Gastroesophageal reflux disease, esophagitis presence not specified     للتشخيصات:
diagnoses:
Started by:                    Brent Bruce MacDonald, MD                          تم ابتداله من قبل:



Your Medication List (continued)                                                        قائمة أدويتك (تابع)

➡ polyethylene glycol powder
   Commonly known as:                    MIRALAX                                  المعروف بـ:
   Take 17 g by mouth daily. Daily as needed for constipation
   For diagnoses:          Constipation, unspecified constipation type             للتشخيصات:
   Started by:             Brent Bruce MacDonald, MD                          تم ابتداؤه من قبل:

   potassium chloride 20 MEQ ER tablet
   Commonly known as:                    K-DUR                                    المعروف بـ:
   Take 1 tablet (20 mEq per dose) by mouth daily for 7 days.

◆ Senokot 8.6 mg tablet
   Generic drug:                        sennosides                           الدواء النوعي:
   Take 2 tablets by mouth daily as needed.
   What changed, reasons to take this                             ما تم تغييره، أسباب الأخذ
   For diagnoses:        Constipation, unspecified constipation type                للتشخيصات:
   Changed by:             Brent Bruce MacDonald, MD                      تم تغييره من قبل:

➡ traMADoL 50 mg tablet
   Commonly known as:                    ULTRAM                                  المعروف بـ:
   Take 1 tablet (50 mg per dose) by mouth every 8 (eight) hours as needed for Pain.
   For diagnoses:          Acute midline low back pain without sciatica           للتشخيصات:
   Started by:             Brent Bruce MacDonald, MD                         تم ابتداؤه من قبل:



OTranslate

Certified Translation Solutions

El Al Eamar Axis, Haram, Giza, Egypt – 12561
alranslate.com
info@otranslate.com
+20 12 90436661
+20 2 35722727

CR number : 55055
Tax number : 534-313-955

Tel.: 967711884347

*In the Name of Allah, the Most Grateful, the Most Gracious*

I, **ASEM AMEEN SALEH WAHEEB**, the Mayor of El Harabi Village, Bani Mansour and El Harabi rural subdistricts, Dalal subdistrict, acknowledge that I well know the so-called/ **MOHAMED RAFIK NAJI**, who is a citizen of El Harabi village, Dalal subdistrict, and that he has a good reputation and is of good conduct. I never saw or hear anything unmannerly or bad behavior from him.

Accordingly, I hope your justice will consider his case with justice.

Thanks to the judge/ **F. Blocks**

Mayor Notary: Asem Ameen Saleh Waheeb

**Official Seal**
- Republic of Yemen, Notary Public of El Harabi Village, Dalal subdistrict, Ba'dan District, Ibb.



81 Al Zomor Axis, Haram, Giza, Egypt – 12511
otranslate.com
info@otranslate.com
+20 12 80636661
+20 2 35723727

**OTranslate**

**Certified Translation Solutions**

CR number : 65008
Tax number : 634-313-665

Date: 16/11/2025
Name: **MOHAMED SHARAF MOHAMED AL GUMAEI**
Tel.: 347-430-7957
E-mail: molove1993@icloud.com

To the judge/ **F. Blocks**, I, **MOHAMED SHARAF MOHAMED AL GUMAEI**, the friend of the so-called/ **MOHAMED NAGI**, acknowledge that throughout my familiarity with him in Yemen, I did not see any immoral or criminal behavior, or any violence in society. He was a good person with good conduct. So please consider his suitcase with mercy, taking into consideration the state of his respectable family who witnessed, and still witness hard circumstances.

Thank you and Best Regards,

Name
**MOHAMED SHARAF MOHAMED AL GUMAEI**

Signature
*(Signed)*



**Certified Translation Solutions**

Tel Al Zamor Axis, Horam, Giza, Egypt – 12681

otranslate.com
info@otranslate.com
+20 12 80636681
+20 2 38722727

**OTranslate**

CR number : 65008
Tax number : 534-312-555

Date: 15/11/2025
Name: YAHYA TAWFIK NAGI
Tel.: 01008740892
E-mail: yahyanagi80@icloud.com

To the judge/ F. Blocks, I, YAHYA TAWFIK NAGI, the cousin of the accused and his best friend during academic years. We grew up together until the time when I travelled. Meanwhile, I did not notice any legal problems or related legal or criminal cases. He was a good person. I hope you consider his case with mercy. As his father is a heart patient old man who has undergone several surgeries and is in dire need of his presence with him.

Thank you and Best Regards,

Name                          Signature
YAHYA TAWFIK NAGI             (Signed)

# Exhibit 4



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NAJI, MOHAMED RAFIK  89772-053

**SEQUENCE: 02033805**
**Team Date: 01-06-2026**

| | |
|---|---|
| Facility: **RBK  RAY BROOK FCI** | Proj. Rel. Date:  12-06-2033 |
| Name: **NAJI, MOHAMED RAFIK** | Proj. Rel. Mthd:  GOOD CONDUCT TIME |
| Register No.: **89772-053** | DNA Status:  BRO17200 / 12-27-2016 |
| Age: **46** | |
| Date of Birth: **05-25-1979** | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Inmate Photo ID Status

| |
|---|
| Full status incomplete - Expiration: null |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RBK | EDUCATION | EDUCATION | 03-26-2025 |
| RBK | PSYCH COMP | SUICIDE COMPANION | 03-26-2025 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RBK | ESL HAS | ENGLISH PROFICIENT | 11-26-2019 |
| RBK | GED EARNED | GED EARNED IN BOP | 10-17-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| RBK | | COLLEGE-ASSOCIATE'S DEGREE | 09-02-2025 | CURRENT |
| RBK | C | DRAWING | 09-08-2025 | 01-05-2026 |
| RBK | C | INTRO TO SOCIOLOGY 12:30-3:30 | 09-08-2025 | 01-05-2026 |
| RBK | C | S-NCCER CORE | 05-13-2025 | 11-18-2025 |
| RBK | C | INTRO TO BIOLOGICAL SCIENCES | 06-02-2025 | 08-29-2025 |
| RBK | C | MARKETING ESSENT. W-12:30-3:30 | 06-02-2025 | 08-29-2025 |
| RBK | C | SMALL BUS. MGMT F-7:30-10:30 | 06-02-2025 | 08-29-2025 |
| RBK | C | ORGANIZATIONAL BEHAVIOR | 06-02-2025 | 08-29-2025 |
| RBK | C | COLLEGE-ASSOCIATE'S DEGREE | 01-23-2024 | 08-28-2025 |
| RBK | C | INTRO MATH CONCEPTS T-730-1030 | 01-27-2025 | 06-10-2025 |
| RBK | C | PER/FAM HEALTH M 12:30-3:30 | 01-27-2025 | 06-10-2025 |
| RBK | C | HUMAN RESOURCE MAN M-5:30-8:00 | 01-27-2025 | 06-10-2025 |
| RBK | C | BUSINESS LAW 1 R 7:30-10:30 | 01-27-2025 | 06-10-2025 |
| RBK | C | PREP FOR SUCCESS AFTER PRISON | 02-26-2025 | 04-02-2025 |
| RBK | C | BLACK HISTORY | 02-13-2025 | 03-20-2025 |
| RBK | C | GED/ESL TUTOR TRAINING | 10-17-2023 | 10-19-2023 |
| RBK | C | INTRO TO NUTRITION | 09-09-2024 | 01-16-2025 |
| RBK | C | INT. MACROECONOMICS MW 500-800 | 09-09-2024 | 01-16-2025 |
| RBK | C | BUSINESS ADVERTISING | 09-09-2024 | 01-16-2025 |
| RBK | C | BUSINESS MATH M/W 5:30-7:30 | 09-09-2024 | 01-16-2025 |
| RBK | C | DRAWING | 09-09-2024 | 01-16-2025 |
| RBK | C | SELF IMPROVEMENT | 09-26-2024 | 11-14-2024 |
| RBK | C | UNDERSTANDING THE STOCK | 09-18-2024 | 11-06-2024 |
| RBK | C | V-ELECTRONICS | 11-01-2023 | 10-17-2024 |
| RBK | C | ENGLISH COMP 1 MW 7:30-9:30 | 06-06-2024 | 08-20-2024 |
| RBK | C | BUSINESS COMMUN. R-5:00-8:00 | 06-06-2024 | 08-20-2024 |
| RBK | C | BUSINESS ORG & MAN M-5:30-8:00 | 06-06-2024 | 08-20-2024 |
| RBK | C | ENVIRONMENTAL SCI W-5:30-8:00 | 06-06-2024 | 08-20-2024 |
| RBK | C | RESUME WRIT & JOB INT. SKILLS | 07-30-2024 | 07-30-2024 |
| RBK | C | FIMO/PLAYDO CLAY | 06-11-2024 | 07-14-2024 |
| RBK | C | SMALL BUS.ACCOUNT MW 1230-330 | 01-26-2024 | 05-24-2024 |
| RBK | C | COLLEGE SUCCESS: TOOLS & SKILS | 01-26-2024 | 05-24-2024 |
| RBK | C | INTRO MICROECONOMICS W 530-800 | 01-29-2024 | 05-24-2024 |
| RBK | C | ESS. EFFEC. WRIT M/W 3:30-5:00 | 01-29-2024 | 05-24-2024 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NAJI, MOHAMED RAFIK  89772-053

SEQUENCE: 02033805

Team Date: 01-06-2026

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| RBK | C | LEADERSHIP T-12:30-3:30 | 01-29-2024 | 05-24-2024 |
| RBK | C | SMALL BUSINESS II | 03-14-2024 | 04-04-2024 |
| RBK | C | HOW TO GROW MICROGREEN | 01-30-2024 | 02-20-2024 |
| RBK | C | SMALL BUSINESS | 11-16-2023 | 12-14-2023 |
| RBK | C | ACE-PODCASTING CLASS | 11-21-2023 | 12-22-2023 |
| RBK | C | CDL TRAINING | 11-14-2023 | 12-06-2023 |
| RBK | C | SELF STUDY: WRIT/LIST SPANISH | 10-04-2023 | 11-09-2023 |
| RBK | C | BASIC GED/7:30-9:30AM/X4164 | 01-11-2023 | 10-17-2023 |
| RBK | C | HOBBYCRAF/WED6:30-8PM/X4172 | 09-02-2023 | 10-13-2023 |
| RBK | C | CROCHETING | 12-07-2022 | 12-30-2022 |
| RBK | C | COLORED PENCIL DRAWING | 11-03-2022 | 11-23-2022 |
| RBK | C | ACRYLIC PAINTING | 07-09-2022 | 08-05-2022 |
| RBK | C | HOBBYCRAFT/CERAMICS | 11-07-2021 | 11-25-2021 |
| RBK | C | WEIGHT MANAGEMENT | 06-19-2021 | 07-02-2021 |
| RBK | C | FAMOUS ATHLETES | 08-01-2020 | 08-27-2020 |
| RBK | C | EARLY AMERICAN HISTORY PART 2 | 07-15-2020 | 07-29-2020 |
| RBK | C | AFRICAN AMERICAN HISTORY | 07-15-2020 | 07-29-2020 |
| RBK | C | EARLY AMERICAN HISTORY PART 1 | 07-15-2020 | 07-29-2020 |
| RBK | C | NATURAL DISASTERS | 07-15-2020 | 07-29-2020 |
| RBK | C | SPACE ADDRESS | 07-01-2020 | 07-20-2020 |
| RBK | C | WWII | 07-01-2020 | 07-20-2020 |
| RBK | C | CONTINENTAL DRIFT | 07-01-2020 | 07-20-2020 |
| RBK | C | WWI | 07-01-2020 | 07-20-2020 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 09-19-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 09-19-2019 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 09-19-2019 |
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 09-19-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-09-2016 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 09-19-2019 |

### FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    COMPLT    FINANC RESP-COMPLETED    Start: 11-13-2019

Inmate Decision:    AGREED    $100.00    Frequency: MONTHLY

Payments past 6 months:    $0.00    Obligation Balance: $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $7,824.80      Payments commensurate ?   Y

New Payment Plan:    ** No data **



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: NAJI, MOHAMED RAFIK  89772-053

SEQUENCE: 02033805

Team Date: 01-06-2026

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 09-14-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 12-30-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-30-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 12-30-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 12-30-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 12-30-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-30-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 12-30-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 12-30-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 12-30-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 12-30-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 12-30-2025 |
| N-WORK N | NEED - WORK NO | 12-30-2025 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 12-30-2025 |

### Progress since last review

Inmate Naji currently works in Education and receives good work reports each month. He is currently participating in the Pell Program and the Building Trades Vocational Training Program. He also participates in the Suicide Companion Program. He remains on the waiting list for Healthy Aging Body, Alcoholics Anonymous and Anger Management.

### Next Program Review Goals

The following goals should be completed prior to your next program review in June. Continue making progress towards obtaining your associate's degree through participation in the Pell Program. As advised previously, attempt to complete Healthy Aging Body and Alcoholics Anonymous. Maintain contact with family and friends by making at least two phone calls and sending 5-7 emails per week.

### Long Term Goals

As advised previously, attempt to complete Anger Management within the next two years. Attempt to complete the Building Trades Vocational Training Program within the next two years. Obtain your second associates degree within the next year. Attempt to reach your goal of saving $25000 in your prerelease saving account prior to your release in 2033 (current balance is $7000).

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : N/A - Criminal Alien releasing to the custody of ICE.
- Offense : N/A - Criminal Alien releasing to the custody of ICE.
- Prisoner : N/A - Criminal Alien releasing to the custody of ICE.
- Court Statement : N/A - Criminal Alien releasing to the custody of ICE.
- Sentencing Commission : N/A - Criminal Alien releasing to the custody of ICE.

Inmate has been reviewed for RRC placement in accordance with the Second Chance Act of 2007. It has been determined that he is ineligible for RRC placement due to detainer with ICE.

### Comments

Inmate Naji was a model GED student and began tutoring in the Initial GED class upon passing his GED. He is a very effective tutor in the Initial GED class because he is patient and able to work with students of all different ability levels. He currently is taking both the Second Chance Pell Grant college program for a second degree as well as the CORE Carpentry program. He manages to juggle both of those challenging programs and still does a great job as a GED tutor.

**Individualized Needs Plan - Program Review    (Inmate Copy)**    SEQUENCE: 02033805
Dept. of Justice / Federal Bureau of Prisons                     Team Date: 01-06-2026
Plan is for inmate: NAJI, MOHAMED RAFIK   89772-053

| | |
|---|---|
| Name: NAJI, MOHAMED RAFIK | DNA Status: BRO17200 / 12-27-2016 |
| Register No.: **89772-053** | |
| Age: 46 | |
| Date of Birth: 05-25-1979 | |

_____
Inmate    (NAJI, MOHAMED RAFIK. Register No.: 89772-053)


_____
Date


_____    _____
Unit Manager / Chairperson            Case Manager


_____    _____
Date                                   Date

# Exhibit 5

```
RBKGU          *        INMATE EDUCATION DATA        *      03-19-2026
PAGE 001       *              TRANSCRIPT             *      08:26:09

REGISTER NO: 89772-053      NAME..: NAJI                 FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: RBK-RAY BROOK FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
RBK  ESL HAS   ENGLISH PROFICIENT        11-26-2019 1257 CURRENT
RBK  GED EARNED GED EARNED IN BOP        10-17-2023 0831 CURRENT

------------------------- EDUCATION COURSES -------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
RBK        INTRO HUMAN SERV TH 12:30-3:30 01-30-2026 CURRENT
RBK        CONTEMPORARY SOCIAL PROBLEMS  01-30-2026 CURRENT
RBK        COLLEGE-ASSOCIATE'S DEGREE    09-02-2025 CURRENT
RBK        DRAWING                  09-08-2025 01-05-2026  C  C  P    0
RBK        INTRO TO SOCIOLOGY 12:30-3:30 09-08-2025 01-05-2026  C  C  P    0
RBK        S-NCCER CORE             05-13-2025 11-18-2025  P  C  P   85
RBK        INTRO TO BIOLOGICAL SCIENCES 06-02-2025 08-29-2025  C  C  P    0
RBK        MARKETING ESSENT. W-12:30-3:30 06-02-2025 08-29-2025  C  C  P    0
RBK        SMALL BUS. MGMT F-7:30-10:30 06-02-2025 08-29-2025  C  C  P    0
RBK        ORGANIZATIONAL BEHAVIOR  06-02-2025 08-29-2025  C  C  P    0
RBK        COLLEGE-ASSOCIATE'S DEGREE 01-23-2024 08-28-2025  P  C  S  858
RBK        INTRO MATH CONCEPTS T-730-1030 01-27-2025 06-10-2025  C  C  P    0
RBK        PER/FAM HEALTH M 12:30-3:30 01-27-2025 06-10-2025  C  C  P    0
RBK        HUMAN RESOURCE MAN M-5:30-8:00 01-27-2025 06-10-2025  C  C  P    0
RBK        BUSINESS LAW 1 R 7:30-10:30 01-27-2025 06-10-2025  C  C  P    0
RBK        PREP FOR SUCCESS AFTER PRISON 02-26-2025 04-02-2025  P  C  P    5
RBK        BLACK HISTORY            02-13-2025 03-20-2025  P  C  P   16
RBK        GED/ESL TUTOR TRAINING   10-17-2023 10-19-2023  P  C  P    8
RBK        INTRO TO NUTRITION       09-09-2024 01-16-2025  C  C  P    0
RBK        INT. MACROECONOMICS MW 500-800 09-09-2024 01-16-2025  C  C  P    0
RBK        BUSINESS ADVERTISING     09-09-2024 01-16-2025  C  C  P    0
RBK        BUSINESS MATH M/W 5:30-7:30 09-09-2024 01-16-2025  C  C  P    0
RBK        DRAWING                  09-09-2024 01-16-2025  C  C  P    0
RBK        SELF IMPROVEMENT         09-26-2024 11-14-2024  P  C  P   16
RBK        UNDERSTANDING THE STOCK MARKET 09-18-2024 11-06-2024  P  C  P   12
RBK        V-ELECTRONICS            11-01-2023 10-17-2024  P  C  M  320
RBK        ENGLISH COMP 1 MW 7:30-9:30 06-06-2024 08-20-2024  C  C  P    0
RBK        BUSINESS COMMUN.  R-5:00-8:00 06-06-2024 08-20-2024  C  C  P    0
RBK        BUSINESS ORG & MAN M-5:30-8:00 06-06-2024 08-20-2024  C  C  P    0
RBK        ENVIRONMENTAL SCI W-5:30-8:00 06-06-2024 08-20-2024  C  C  P    0
RBK        RESUME WRIT & JOB INT. SKILLS 07-30-2024 07-30-2024  P  C  P    4
RBK        FIMO/PLAYDO CLAY         06-11-2024 07-14-2024  P  C  P    8
RBK        SMALL BUS.ACCOUNT MW 1230-330 01-26-2024 05-24-2024  C  C  P    0
RBK        COLLEGE SUCCESS: TOOLS & SKILS 01-26-2024 05-24-2024  C  C  P    0
RBK        INTRO MICROECONOMICS W 530-800 01-29-2024 05-24-2024  C  C  P    0
RBK        ESS. EFFEC. WRIT M/W 3:30-5:00 01-29-2024 05-24-2024  C  C  P    0
RBK        LEADERSHIP T-12:30-3:30  01-29-2024 05-24-2024  C  C  P    0
RBK        SMALL BUSINESS II        03-14-2024 04-04-2024  P  C  P    8
RBK        HOW TO GROW MICROGREEN   01-30-2024 02-20-2024  P  C  P   16
RBK        SMALL BUSINESS           11-16-2023 12-14-2023  P  C  P    8

G0002      MORE PAGES TO FOLLOW . . .
```

Case 1:16-cr-00653-FB    Document 30    Filed 04/06/26    Page 56 of 156 PageID #: 246

```
RBKGU         *      INMATE EDUCATION DATA        *      03-19-2026
PAGE 002 OF 002 *          TRANSCRIPT             *      08:26:09

REGISTER NO: 89772-053    NAME..: NAJI                 FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: RBK-RAY BROOK FCI
```

```
--------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
RBK        ACE-PODCASTING CLASS        11-21-2023 12-22-2023  P  C  P     8
RBK        CDL TRAINING                11-14-2023 12-06-2023  P  C  P    16
RBK        SELF STUDY: WRIT/LIST SPANISH 10-04-2023 11-09-2023 P C P    30
RBK        BASIC GED/7:30-9:30AM/X4164 01-11-2023 10-17-2023  P  C  P   234
RBK        HOBBYCRAF/WED6:30-8PM/X4172 09-02-2023 10-13-2023  P  C  P     8
RBK        CROCHETING                  12-07-2022 12-30-2022  P  C  P     8
RBK        COLORED PENCIL DRAWING      11-03-2022 11-23-2022  P  C  P     8
RBK        ACRYLIC PAINTING            07-09-2022 08-05-2022  P  C  P     6
RBK        HOBBYCRAFT/CERAMICS         11-07-2021 11-25-2021  P  C  P     8
RBK        WEIGHT MANAGEMENT           06-19-2021 07-02-2021  P  C  P     4
RBK        FAMOUS ATHLETES             08-01-2020 08-27-2020  P  C  P     3
RBK        EARLY AMERICAN HISTORY PART 2 07-15-2020 07-29-2020 P C P     3
RBK        AFRICAN AMERICAN HISTORY    07-15-2020 07-29-2020  P  C  P     3
RBK        EARLY AMERICAN HISTORY PART 1 07-15-2020 07-29-2020 P C P     3
RBK        NATURAL DISASTERS           07-15-2020 07-29-2020  P  C  P     3
RBK        SPACE ADDRESS               07-01-2020 07-20-2020  P  C  P     3
RBK        WWII                        07-01-2020 07-20-2020  P  C  P     3
RBK        CONTINENTAL DRIFT           07-01-2020 07-20-2020  P  C  P     3
RBK        WWI                         07-01-2020 07-20-2020  P  C  P     3
BRO M      PARENTING PRE-TRIAL EFFECTS 06-04-2019 06-04-2019  P  W  V     0
BRO M      RESUME MANAGEMENT           02-13-2017 03-13-2017  P  C  P     8
BRO M      II UNIT RESUME              01-06-2017 02-03-2017  P  C  P     8

------------------------- HIGH TEST SCORES ---------------------------------
TEST        SUBTEST      SCORE    TEST DATE    TEST FACL  FORM    STATE
GED 2014    MATH         147.0    10-17-2023   RBK                DC
            RLA          148.0    08-03-2023   RBK                DC
            SCIENCE      150.0    08-03-2023   RBK                DC
            SOC STUDY    152.0    08-03-2023   RBK                DC
TABE D      MATH COMP      2.7    12-13-2022   RBK         9
            READING        4.1    12-13-2022   RBK         9
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

### BETA THETA PI CHAPTER
### PHI THETA KAPPA INTERNATIONAL HONOR SOCIETY
### NORTH COUNTRY COMMUNITY COLLEGE



September 22, 2025

Mohamed R Naji (FCI)
128 Raybrook Rd Educ Dept
Raybrook, NY 12977

Dear Mohamed:

Congratulations! Based on your high scholastic achievements you are invited to become a member of the Beta Theta Pi chapter of the Phi Theta Kappa International Honor Society, the premier honor society for two-year college students. Membership eligibility is based on the number of academic hours you have completed at NCCC, your outstanding GPA and meeting the standards of the international organization; therefore, membership is a special honor afforded to a small group of exceptional students.

Phi Theta Kappa members have exclusive access to associate and baccalaureate degree scholarships, to a free transfer planning program and to transfer scholarships at more than 700 four-year colleges and universities. You can develop skills to give you that necessary competitive edge when you apply for scholarships, transfer and jobs; and Phi Theta Kappa will provide letters of recommendation to scholarship officials and prospective employers upon request.

After membership acceptance members must simply maintain a cumulative GPA of 3.25. You will receive the Golden Key pin and certificate, and your membership can be announced in an official press release. Phi Theta Kappa membership will also be noted on your academic transcript and diploma. At graduation the Phi Theta Kappa honors regalia will make you stand out in the crowd.

Members pay a one-time membership fee of $80, which enrolls them in the organization on the local, regional and international levels. Your unique passcode to accept membership is: **BGWY557666** Enter this passcode to begin the membership application and to remit the fee electronically at https://join.ptk.org. The deadline for submission of your completed application and fee is, **Friday, November 7, 2025.**

**If the fee will keep you from becoming a member, or if you must pay your fee by cash, check or money order, or if you have any questions, please see one of your campus advisors:**

| Campus Advisors | | | | |
|---|---|---|---|---|
| Malone: | Bruce Kelly | BM-102 | (518)891-2915 ext. 3226 | bkelly@nccc.edu |
| Saranac Lake: | Lisa Williams | C-14 (LAC) | (518)891-2915 ext. 1217 | lwilliams@nccc.edu |
| Ticonderoga: | Selina LeMay-Klippel | TI-108 | (518)891-2915 ext. 2212 | slemay-klippel@nccc.edu |

Again, congratulations on your academic success. I encourage you to seize this valuable and rewarding opportunity and look forward to seeing your name among the next list of new Phi Theta Kappa members.

Sincerely,

Sarah Maroun
Interim Vice President for Academic Affairs

CC Advisor:  SCP Team



**NORTH COUNTRY COMMUNITY COLLEGE**
THE STATE UNIVERSITY OF NEW YORK

SARANAC LAKE | MALONE | TICONDEROGA

June 17, 2024

Mohamed Naji
128 Ray Brook Road
Ray Brook, NY 12977

Dear Mohomad:

On behalf of all of us at North Country Community College, please accept my heartfelt congratulations on being named to the President's List at North Country Community College for the Spring 2024 semester! It takes much in the way of effort and commitment to one's studies to perform at such a high level and it is gratifying to all of us to witness and celebrate your success.

In addition to receiving this letter, notice of your placement on the President's List will become part of your permanent record.

Best wishes for continued success in the future.

Sincerely,

Joe Keegan
President

JK: lm

Advisor: SCP Team



**NORTH COUNTRY
COMMUNITY COLLEGE**
THE STATE UNIVERSITY OF NEW YORK

SARANAC LAKE | MALONE | TICONDEROGA

March 4, 2025

Dear Mohamed Naji,

On behalf of all of us at North Country Community College, please accept my heartfelt congratulations on being named to the President's List at North Country Community College for the Fall 2024 semester!  It takes much in the way of effort and commitment to one's studies to perform at such a high level and it is gratifying to all of us to witness and celebrate your success.

In addition to receiving this letter, notice of your placement on the President's List will become part of your permanent record.

Best wishes for continued success in the future.

Sincerely,

Joe Keegan

Joe Keegan



**NORTH COUNTRY COMMUNITY COLLEGE**
THE STATE UNIVERSITY OF NEW YORK

SARANAC LAKE | MALONE | TICONDEROGA

June 9, 2025

Mohamed Naji
128 Ray Brook Road
Ray Brook, NY 12977

Dear Mohamed:

On behalf of all of us at North Country Community College, please accept my heartfelt congratulations on being named to the President's List at North Country Community College for the Spring 2025 semester! It takes much in the way of effort and commitment to one's studies to perform at such a high level and it is gratifying to all of us to witness and celebrate your success.

In addition to receiving this letter, notice of your placement on the President's List will become part of your permanent record.

Best wishes for continued success in the future.

Sincerely,

Joe Keegan

Joe Keegan
President

JK: lm

Advisor: SCP Team

# NORTH COUNTRY COMMUNITY COLLEGE



SARANAC LAKE                    NEW YORK

ON THE RECOMMENDATION OF THE
FACULTY AND BY VIRTUE OF THE AUTHORITY VESTED IN THEM
THE TRUSTEES OF THE COLLEGE HAVE CONFERRED ON

## *Mohamed R. Naji*

THE DEGREE OF

## ASSOCIATE OF APPLIED SCIENCE

AND HAVE GRANTED THIS DIPLOMA AS EVIDENCE THEREOF
GIVEN IN THE VILLAGE OF SARANAC LAKE
IN THE STATE OF NEW YORK



**CHAIR OF THE BOARD OF TRUSTEES**          **PRESIDENT OF THE COLLEGE**

*December 13, 2025*

OFFICE OF THE REGISTRAR

2/3/2026

**STUDENT ADVISOR TRANSCRIPT**

Page 1 of 1

**Student Name :**   Naji, Mohamed R

Student ID: 151601
Student DOB: 05/25/1979
SSN (last 4): 6541
Other Names Used:

**Provided Solely for:**

Naji, Mohamed R
128 Raybrook Rd Educ Dept
Raybrook NY 12977

Major:   AAS Entrepreneurship Management (SL)
Advisor:   Alumni Advisor

| Degree: AAS Entrepreneurship Management | 12/11/2025 | Undergraduate |
|---|---|---|

Transfer:   No
Conferred:   12/13/2025
Majors:   AAS Entrepreneurship Management (SL)
Honors:   With Honors

**\*\*\* Undergraduate \*\*\***

**Term: SP-24**

| | | | | |
|---|---|---|---|---|
| BUS | 154 | Small Business Accounting | 3.00 | B+ |
| CSP | 100 | College Success Seminar | 1.00 | B- |
| ECO | 102 | Intro Microeconomics | 3.00 | A- |
| ENG | 100 | Ess Effective Writing | 3.00 | A |
| PSY | 105 | Leadership | 3.00 | B+ |

Validation: President's List - ,

|  | | | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 13.00 | 13.00 | 13.00 | 45.60 | 3.508 |
| CUM: | 13.00 | 13.00 | 13.00 | 45.60 | 3.508 |

**Term: SU-24**

| | | | | |
|---|---|---|---|---|
| BIO | 104 | Environ Science | 3.00 | B |
| BUS | 100 | Business Organization and Management | 3.00 | B+ |
| BUS | 220 | Bus Communications | 3.00 | C- |
| ENG | 101 | English Comp I | 3.00 | B- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 32.10 | 2.675 |
| CUM: | 25.00 | 25.00 | 25.00 | 77.70 | 3.108 |

**Term: FA-24**

| | | | | |
|---|---|---|---|---|
| ART | 101 | Drawing | 3.00 | A |
| BUS | 110 | Business Math | 3.00 | A |
| BUS | 214 | Advertising | 3.00 | B+ |
| ECO | 101 | Intro Macroeconomics | 3.00 | A- |
| HED | 102 | Intro Nutrition | 3.00 | B+ |

Validation: President's List - ,

|  | | | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 15.00 | 15.00 | 15.00 | 54.90 | 3.660 |
| CUM: | 40.00 | 40.00 | 40.00 | 132.60 | 3.315 |

**Term: SP-25**

| | | | | |
|---|---|---|---|---|
| BUS | 203 | Business Law I | 3.00 | A |
| BUS | 211 | Human Resource Mgmt | 3.00 | A |
| HED | 100 | Personal & Family Health | 3.00 | B+ |
| MAT | 120 | Intro Math Concepts | 3.00 | A |

Validation: President's List - ,

|  | | | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 45.90 | 3.825 |
| CUM: | 52.00 | 52.00 | 52.00 | 178.50 | 3.433 |

**Term: SU-25**

| | | | | |
|---|---|---|---|---|
| BIO | 103 | Intro Biologic Science | 3.00 | A |
| BUS | 212 | Marketing Principles | 3.00 | A |
| BUS | 215 | Small Business Mgmt | 3.00 | A |
| BUS | 231 | Organizational Behavior | 3.00 | A- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 47.10 | 3.925 |
| CUM: | 64.00 | 64.00 | 64.00 | 225.60 | 3.525 |

**Term: FA-25**

| | | | | |
|---|---|---|---|---|
| ART | 111 | 2D Design | 3.00 | A |
| SOC | 101 | Introductory Sociology | 3.00 | A- |

Validation: Member, Phi Theta Kappa - ,

|  | | | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 6.00 | 6.00 | 6.00 | 23.10 | 3.850 |
| CUM: | 70.00 | 70.00 | 70.00 | 248.70 | 3.553 |

**Term: SP-26**

Academic Standing: Good Academic Standing - ,

|  | | | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 |
| CUM: | 70.00 | 70.00 | 70.00 | 248.70 | 3.553 |

The Family Educational Rights and Privacy Act of 1974 (as amended) prohibits the release of this information without the student's written consent. An official transcript must include the signature of the registrar and the raised seal of the college. This document reports academic information only.

This transcript of record is official if it bears the signature of the registrar on a green background with the name of the college in white type across the face of the document. A raised seal is not required.

Shelly St. Louis, Registrar

NCCC SECURITY SEAL IN THE CORNER SHOULD TEMPORARILY DISAPPEAR WHEN RUBBED OR BREATHED ON



# CERTIFICATE *of* COMPLETION

THIS ACKNOWLEDGES THAT

## Mohamed Naji

HAS SUCCESSFULLY COMPLETED THE DEGREE REQUIREMENTS FOR

AAS Entrepreneurship Management

SEPT 25, 2025

SARAH KILBY, Director Second Chance PELL

Pending final review by NCCC and official conferring of degree in December 2025 official documents will be mailed in February 2026.  Congratulations

NC
NORTH COUNTRY COMMUNITY COLLEGE

# Office of the State Superintendent of Education

This Certifies That

## MOHAMED NAJI

having satisfactorily completed the Tests of General Educational Development
with scores comparable to those of high school graduates,
is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto.
In witness whereof our names are hereto affixed, this the
17 Day of October 2023

Christina Grant, Ed.D.
State Superintendent of Education

Antoinette S. Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education

Philip L. PremDas
GED Administrator



District of Columbia
Office of the State
Superintendent of Education



GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR





# CERTIFICATE OF COMPLETION

THIS ACKNOWLEDGES

## Mohamed Naji

participated in and completed Phase 1 and Inside Out Dad is completed

## National Parenting from Prison Program

November 21, 2023

M. Daunais, Reentry Affairs Coordinator

# CERTIFICATE OF COMPLETION

THIS ACK~~NOWLEDG~~ES THAT

## Mohamed Naji

HAS SUCCESS~~FULLY CO~~MPLETED THE

## HOUSES OF HEALING PROGRAM

October 4th,
2022



# CERTIFICATE OF COMPLETION

THIS ACKNOWLEDGES THAT

## Mohamed Naji

HAS SUCCESSFULLY COMPLETED THE

## Embracing Interfaith Cooperation Program

November 15th
2022



# Certificate of Completion

This Certificate hereby acknowledges

## M. Naji

For successfully completing the

First Step Act Money Smart Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 7th day of December, 2020

J. Rockhill, A.C.E. Coordinator



# Certificate of Completion

This certifies that
MOHAMED NAJI
Completed the PREPAREING FOR SUCCESS OUT OF
PRISON ACE CLASS-
5 Hours
at FCI Ray Brook.
This 2ND day of APRIL, 2025.

E. Elmer Education FCI Ray Brook



# Certificate of Completion

This certifies that MOHAMED NAJI completed 17 KEYS OF SUCCESS ACE CLASS- 16 Hours at FCI Ray Brook.
This 14TH day of NOVEMBER, 2024.

E. Elmer Education FCI Ray Brook

# Certificate of Achievement

## COMPLETION OF THE SUICIDE COMPANION INITIAL TRAINING

*awarded to*

# Mohamed Naji

# #89772-053

**FCI Ray Brook**
**Psychology Technician**
**D. Durant**

Date: 12/11/2023

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study Space Address Science Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 21th day of July, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study Famous Male Sports Stars History Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 28th day of August, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study Early American History Part 1 Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 29th day of July, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

First Step Act Money Smart Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 7th day of December, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study Natural Disasters Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 29th day of July, 2020

J. Rockhill, A.C.E. Coordinator



# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study Continental Drift Science Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 21th day of July, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study WWII History Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 21th day of July, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study Early American History Part 2 Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 29th day of July, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study WWI History Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 21th day of July, 2020

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Self-Study African American History Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 29th day of July, 2020

_J. Rockhill_

J. Rockhill, A.C.E. Coordinator



**Member ID** 220505

# ETA® INTERNATIONAL
## *Member*

This certificate affirms that

# Mohamed R. Naji, EM

is a valued member in good standing of ETA® International, a not-for-profit 501(c)(6) association dedicated to promoting professionalism in electronics-related industries through certification. This membership shall be valid until _____ January 2028 _____ with all rights and privileges pertaining thereof.

Acknowledged and agreed upon by the President of ETA® International.

*Bryan Allen*
President, ETA® International



*Fostering Excellence Through Certification Since 1978*



**EM 1**

CERTIFICATION NUMBER
EM1330697

ISSUE DATE:
01/16/2024

EXPIRATION DATE:
01/16/2028

# Mohamed R. Naji
## Staten Island New York

*has successfully completed the requirements
to be recognized as a certified*

# Standalone
# DC Technician



Bryan Allen, CSM, CSS
President





ETA® International · 5 Depot Street, Greencastle, IN 46135 · +1 (765) 653-8262 · eta@etai.org · www.etai.org



**EM2**

CERTIFICATION NUMBER:
EM2333142

ISSUE DATE:

06/05/2024

EXPIRATION DATE:

06/05/2028

# Mohamed R. Naji
# Staten Island New York

*has successfully completed the requirements
to be recognized as a certified*

# Standalone
# AC Technician



*Bryan Allen*
Bryan Allen, CSM, CSS
President



ETA® International · 5 Depot Street, Greencastle, IN 46135 · +1 (765) 653-8262 · eta@etai.org · www.etai.org





**EM3**

**CERTIFICATION NUMBER:**

EM333831

**ISSUE DATE:**

07/10/2024

**EXPIRATION DATE:**

07/10/2028

# Mohamed R. Naji
# Staten Island New York

*has successfully completed the requirements
to be recognized as a certified*

# Standalone
# Analog Technician



Bryan Allen, CSM, CSS
President



ETA® International  ·  5 Depot Street, Greencastle, IN 46135  ·  +1 (765) 653-8262  ·  eta@etai.org  ·  www.etai.org





**CETa**

**CERTIFICATION NUMBER:**

AST335068

**ISSUE DATE:**

09/05/2024

**EXPIRATION DATE:**

09/05/2028

# Mohamed R. Naji
# Staten Island New York

*has successfully completed the requirements
to be recognized as a certified*

# Associate
# Electronics Technician

*Bryan Allen*
Bryan Allen, CSM, CSS
President



ETA® International • 5 Depot Street, Greencastle, IN 46135 • +1 (765) 653-8262 • eta@etai.org • www.etai.org

Case 1:16-cr-00653-FB    Document 30    Filed 04/06/26    Page 102 of 156 PageID #: 292



**EM5**

## Mohamed R. Naji
## Staten Island New York

*has successfully completed the requirements*
*to be recognized as a certified*

## Standalone
## Comprehensive Technician

CERTIFICATION NUMBER:

EM5335067

ISSUE DATE:

09/05/2024

EXPIRATION DATE:

09/05/2028



Bryan Allen, CSM, CSS
President



ETA® International · 5 Depot Street, Greencastle, IN 46135 · +1 (765) 653-8262 · eta@etai.org · www.etai.org

# Certificate of Achievement

## COMPLETION OF THE SUICIDE COMPANION INITIAL TRAINING

*awarded to*

# Mohamed Rafik Naji

# #89772-053

**FCI Ray Brook**
**Dr. R. Binford** _____

**Date: 12/11/2023**



**EM4**

**CERTIFICATION NUMBER:**

EM4334369

**ISSUE DATE:**

07/31/2024

**EXPIRATION DATE:**

07/31/2028

# Mohamed R. Naji
# Staten Island New York

*has successfully completed the requirements
to be recognized as a certified*

# Standalone
# Digital Technician



Bryan Allen, CSM, CSS
President



ETA® International • 5 Depot Street, Greencastle, IN 46135 • +1 (765) 653-8262 • eta@etai.org • www.etai.org

# Certificate of Completion

This Certificate hereby acknowledges:

# M. NAJI

For successfully completing the

Adult Continuing Education – Understanding the Stock Market Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 6th day of November 2024

J. Rockhill A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges:

# M. NAJI

For successfully completing the

Adult Continuing Education – Black History Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 20th day of March 2025

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges:

# M. NAJI

For successfully completing the

Adult Continuing Education – Small Business II Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 4th day of April 2024

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. Naji

For successfully completing the

Spanish II Class

With a total of 30 class hours

Awarded on this 11th of November 2023

_Education Staff Representative_

# Certificate of Completion

This Certificate hereby acknowledges:

# M. NAJI

For successfully completing the

Adult Continuing Education – Small Business Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 14th day of December 2023

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges

# M. NAJI

For successfully completing the

Adult Continuing Education – CDL Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 6th day of December 2023

_J. Rockhill, A.C.E. Coordinator_

# Certificate of Completion

This Certificate hereby acknowledges:

# M. NAJI

For successfully completing the

Adult Continuing Education – Podcasting Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 22nd day of December 2023

J. Rockhill, A.C.E. Coordinator

# Certificate of Completion

This Certificate hereby acknowledges:

# M. NAJI

For successfully completing the

Adult Continuing Education – Resume/Job Interview Skills Course,

Demonstrating an ongoing commitment to personal

Growth and development through continuing education.

Awarded on this 30th day of July 2024

J. Rockhill, A.C.E. Coordinator

© 2022 Great Papers



INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

for successful completion of the subject

*Prophetic Reflections of Ramadan (HAD 033)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

As prescribed by **International Open University**

Date : April 25, 2025          www.iou.edu.gm

**Dr. Abu Ameenah Bilal Philips**
Chancellor of the International Open University

**Rubana Farzana Rouf**
Head Facilitator, Diploma Section

INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

for successful completion of the subject

*Fiqh of Tahaarah (FQH 011)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

As prescribed by **International Open University**

Date : May 17, 2022                    www.iou.edu.gm

Dr. Abu Ameenah Bilal Philips
Chancellor of the International Open University

Rubana Farzana Rouf
Head Facilitator, Diploma Section

INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

**for successful completion of the subject**

*Foundations of Islaamic Studies Part 1 (IIS 011)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

As prescribed by **International Open University**

Date : May 17, 2022                    www.iou.edu.gm

**Dr. Abu Ameenah Bilal Philips**
Chancellor of the International Open University

**Rubana Farzana Rouf**
Head Facilitator, Diploma Section

INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

**is hereby granted to**

*Mohamed Naji*

**for successful completion of the subject**

*The Moral Foundations of Islaamic Culture (IIS 012)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

As prescribed by **International Open University**

Date : February 05, 2022          www.iou.edu.gm

**Dr. Abu Ameenah Bilal Philips**
Chancellor of the International Open University

**Rubana Farzana Rouf**
Head Facilitator, Diploma Section



INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

### for successful completion of the subject

*Establishing the Prayer: Fiqh of Formal Prayer 2 (FQH 022)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

As prescribed by **International Open University**

Date : June 07, 2024          www.iou.edu.gm

**Dr. Abu Ameenah Bilal Philips**
Chancellor of the International Open University

**Rubana Farzana Rouf**
Head Facilitator, Diploma Section



INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

**for successful completion of the subject**

*Establishing the Prayer: Fiqh of Formal Prayer 1 (FQH 021)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

**As prescribed by International Open University**

Date : June 07, 2024                    www.iou.edu.gm

**Dr. Abu Ameenah Bilal Philips**
Chancellor of the International Open University

**Rubana Farzana Rouf**
Head Facilitator, Diploma Section

INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

for successful completion of the subject

*Foundations of Islaamic Studies Part 2 (IIS 014)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

As prescribed by **International Open University**

Date : May 17, 2022              www.iou.edu.gm

**Dr. Abu Ameenah Bilal Phillips**
Chancellor of the International Open University

**Rubana Farzana Rouf**
Head Facilitator, Diploma Section



# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

**for successful completion of the subject**

*Aqeedah At-Tawheed (AQD 021)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

**As prescribed by International Open University**

Date : January 25, 2024              www.iou.edu.gm



**Dr. Abu Ameenah Bilal Philips**

Chancellor of the International Open University

**Rubana Farzana Rouf**

Head Facilitator, Diploma Section

INTERNATIONAL OPEN UNIVERSITY

# CERTIFICATE OF COMPLETION

is hereby granted to

*Mohamed Naji*

**for successful completion of the subject**

*Contemporary Issues (AQD 042)*

On condition that the knowledge acquired therein
be internalized and applied throughout one's life.

**As prescribed by International Open University**

Date : December 05, 2022          www.iou.edu.gm



**Dr. Abu Ameenah Bilal Philips**

Chancellor of the International Open University

**Rubana Farzana Rouf**

Head Facilitator, Diploma Section

# Exhibit 6

# FSA Time Credit Assessment
Register Number:89772-053, Last Name:NAJI

**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 89772-053 | Responsible Facility: RBK |
| Inmate Name | Assessment Date.....: 12-17-2025 |
| Last.............: NAJI | Period Start/Stop...: 09-19-2019 to 12-17-2025 |
| First............: MOHAMED | Accrued Pgm Days....: 0 |
| Middle...........: RAFIK | Disallowed Pgm Days.: 0 |
| Suffix...........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 06-14-2019 | Apply FTC to Release: No |

--- FTC Claim Status ----------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-19-2019 | 12-17-2025 | ineligible | 0 |

  FSA Ineligible.

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| RBK | FSA | FTC INELIG | 09-14-2021 12:30 | CURRENT |
| RBK | FSA | INELIG AUT | 12-17-2019 17:15 | CURRENT |

--- FSA Assessment(s) ---------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 09-19-2019 | 10-17-2019 | R-LW | 04-28-2021 14:25 | 10 |
| 002 | 10-17-2019 | 04-14-2020 | R-LW | 04-28-2021 14:25 | 10 |
| 003 | 04-14-2020 | 10-11-2020 | R-LW | 04-28-2021 14:25 | 15 |
| 004 | 10-11-2020 | 04-09-2021 | R-LW | 04-28-2021 14:25 | 15 |
| 005 | 04-09-2021 | 10-06-2021 | R-LW | 04-28-2021 14:25 | 15 |
| 006 | 10-06-2021 | 04-04-2022 | R-LW | 09-13-2021 15:52 | 15 |
| 007 | 04-04-2022 | 10-01-2022 | R-LW | 02-28-2022 18:06 | 15 |
| 008 | 10-01-2022 | 03-30-2023 | R-LW | 08-24-2022 14:11 | 15 |
| 009 | 03-30-2023 | 09-26-2023 | R-LW | 02-14-2023 13:34 | 15 |
| 010 | 09-26-2023 | 03-24-2024 | R-LW | 08-10-2023 12:48 | 15 |
| 011 | 03-24-2024 | 09-20-2024 | R-LW | 01-25-2024 13:55 | 15 |
| 012 | 09-20-2024 | 03-19-2025 | R-LW | 07-29-2024 10:00 | 15 |
| 013 | 03-19-2025 | 09-15-2025 | R-MIN | 01-15-2025 08:22 | 15 |
| 014 | 09-15-2025 | 03-14-2026 | R-MIN | 07-10-2025 07:50 | 15 |

## FSA Time Credit Assessment
Register Number:89772-053, Last Name:NAJI

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 12-17-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.

---

Projected Release Date: 12-06-2033
Projected Release Method: GCT REL
FSA Projected Release Date: N/A
FSA Projected Release Method: N/A
FSA Conditional Release Date: N/A
SCA Recommended Placement Days (Following 5 Factor Review): N/A
SCA Recommended Placement Date: N/A
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): N/A
FSA Conditional Placement Days: N/A
FSA Conditional Placement Date: N/A
Conditional Transition To Community Date: N/A
Max. Statutory HC Placement Date (if approp.): N/A
Recommended HC Placement Date (if approp.): N/A

### FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:89772-053, Last Name:NAJI

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 89772-053 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-1) |
|   Last.........: NAJI |   Violent Level......: R-MIN (6) |
|   First........: MOHAMED | Security Level Inmate: LOW |
|   Middle.......: RAFIK | Security Level Facl..: MEDIUM |
|   Suffix.......: | Responsible Facility.: RBK |
| Gender.........: MALE | Start Incarceration..: 06/14/2019 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 23

General Score: -12, Violent Score: -4

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | SELFSTUD12 | 07/01/2020 00:01 | 07/01/2020 00:01 |
| EDC | SELFSTUD13 | 07/01/2020 00:01 | 07/01/2020 00:01 |
| EDC | SELFSTUD14 | 07/01/2020 00:01 | 07/01/2020 00:01 |
| EDC | SELFSTUD15 | 07/01/2020 00:01 | 07/01/2020 00:01 |
| EDC | SELFSTUD10 | 07/15/2020 00:01 | 07/15/2020 00:01 |
| EDC | SELFSTUD16 | 07/15/2020 00:01 | 07/15/2020 00:01 |
| EDC | SELFSTUD17 | 07/15/2020 00:01 | 07/15/2020 00:01 |
| EDC | SELFSTUD18 | 07/15/2020 00:01 | 07/15/2020 00:01 |
| EDC | SELFSTUD11 | 08/01/2020 00:01 | 08/01/2020 00:01 |
| EDC | SPANISH II | 10/04/2023 09:00 | 10/04/2023 09:00 |
| EDC | TUTORING | 10/17/2023 13:52 | 10/17/2023 13:52 |
| EDC | CDL | 11/14/2023 17:30 | 11/14/2023 17:30 |
| EDC | SMALL BUS | 11/16/2023 17:30 | 11/16/2023 17:30 |
| EDC | PODCASTING | 11/21/2023 17:30 | 11/21/2023 17:30 |
| EDC | PELL COLL | 01/23/2024 13:58 | 01/23/2024 13:58 |
| EDC | MICROGREEN | 01/30/2024 17:30 | 01/30/2024 17:30 |
| EDC | SMALLBUS 2 | 03/14/2024 17:30 | 03/14/2024 17:30 |
| EDC | RESUME | 07/30/2024 07:30 | 07/30/2024 07:30 |
| EDC | STOCKS | 09/18/2024 17:30 | 09/18/2024 17:30 |
| EDC | SELFIMPROV | 09/26/2024 17:30 | 09/26/2024 17:30 |
| EDC | BLACK HIST | 02/13/2025 17:30 | 02/13/2025 17:30 |
| EDC | PREPSUCCES | 02/26/2025 18:48 | 02/26/2025 18:48 |
| WSP | PAR NATLC | 11/21/2023 10:02 | 11/21/2023 10:02 |

Item: Work Programs, Value: 2

General Score: -2, Violent Score: -2

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | ELECTRONV | 11/01/2023 00:01 | 11/01/2023 00:01 |

## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:89772-053, Last Name:NAJI

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

EDC          NCCERCORE      05/13/2025 08:46    05/13/2025 08:46

```
RBKDC  606.00 *      MALE CUSTODY CLASSIFICATION FORM      *      01-06-2026
PAGE 001 OF 001                                                   07:32:08
                           (A) IDENTIFYING DATA
REG NO..: 89772-053            FORM DATE: 10-16-2025         ORG: DSC
NAME....: NAJI, MOHAMED RAFIK

                                   MGTV: PGM PAR
PUB SFTY: GRT SVRTY,ALIEN          MVED: 10-16-2026
                            (B) BASE SCORING
DETAINER: (0) NONE             SEVERITY.......: (7) GREATEST
MOS REL.: 97                   CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                           (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
 +9  +15     0         +9        LOW        N/A             IN       SAME


G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# FSA Needs Reassessment

Register Number:89772-053, Last Name:NAJI

**U.S. DEPARTMENT OF JUSTICE**                               **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 89772-053 | Responsible Facility: RBK |
| Inmate Name | Assessment Date.....: 12/30/2025 |
|   Last.........: NAJI | |
|   First.......: MOHAMED | |
|   Middle.......: RAFIK | |
|   Suffix.......: | |
| Gender.........: MALE | |

**Needs Reassessment Worksheet Summary**

| Need Area | - Before/After | - Assignment | - Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| | After | N-ANTISO N | NEED - ANTISOCIAL PEERS NO |
| Cognitions | Before | N-COGNTV N | NEED - COGNITIONS NO |
| | After | N-COGNTV N | NEED - COGNITIONS NO |
| Education | Before | N-EDUC N | NEED - EDUCATION NO |
| | After | N-EDUC N | NEED - EDUCATION NO |
| Family/Parenting | Before | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| | After | N-FM/PAR N | NEED - FAMILY/PARENTING NO |
| Finance/Poverty | Before | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| | After | N-FIN PV N | NEED - FINANCE/POVERTY NO |
| Medical | Before | N-MEDICL N | NEED - MEDICAL NO |
| | After | N-MEDICL N | NEED - MEDICAL NO |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
| | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| | After | N-RLF Y | NEED - REC/LEISURE/FITNESS YES |
| Substance Abuse | Before | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| | After | N-SUB AB N | NEED - SUBSTANCE ABUSE NO |
| Trauma | Before | N-TRAUMA N | NEED - TRAUMA NO |
| | After | N-TRAUMA N | NEED - TRAUMA NO |
| Work | Before | N-WORK N | NEED - WORK NO |
| | After | N-WORK N | NEED - WORK NO |

# Exhibit 7

To the Honorable Judge,

I'm a inmate named Lamont Paige and I'm writing in regards to Mohammed Naji. I've had the pleasure to have known Mr. Naji for just over a year. I've seen Mr. Naji help many individuals including myself. He's been a positive person who company I enjoy. His interactions with staff shows how much they respect him, which in turn gives other inmates something to aspire for. I believe Mr. Naji is a better man today than he was yester years. I'm honored to call Mr. Naji a friend, a brother. I think Mr. Naji deserves a second chance, and I believe he has a lot to offer society.

Sincerly
Lamont Paige
Lamont Paige
48165-066

TO THE HONORABLE JUDGE

I MET MR. MOHAMED NAJI HERE AT RAY BROOK FCI BOTH TRYING TO BETTER OURSELVES ENROLLED IN NORTH COUNTRY COMMUNITY COLLEGE. I GOT TO KNOW HIM AS A HUMBLE AND SMART MAN FROM THE MIDDLE EAST. AND THOUGH OUR HOMES, THE PLACES WE COME FROM COULDN'T BE FARTHER APART. WE BOTH JUST REALLY WANTED THE SAME SIMPLE THINGS FOR OUR LIVES AND THE LIVES OF THOSE WE LOVE.

IT OCCURRED TO ME, THROUGH ONE ACT OF SELFLESS KINDNESS FROM NAJI TO ME HERE I WAS A CHRISTIAN AND HE A MUSLIM AND SINCE I'VE KNOWN HIM THAT HAS NEVER BEEN AN ISSUE. SO ON LOOKING OVER OUR GRADUATION CEREMONY THIS PAST AUGUST I REALIZED PEOPLE REALLY ALL JUST WANT THE SAME THINGS. NAMELY A CHANCE TO GET IT RIGHT FOR SOME THAT MEANS A LEARNING EXPERIENCE FOR OTHERS A CHANCE AT REDEMPTION, BUT FOR ALL IT'S THE PURSUIT OF HAPPINESS. BE IT THROUGH THE STRUGGLES OF HARDSHIP OR THE LOVE OF FORGIVENESS.

MR. NAJI EFFORTS PROVIDE PROOF OF WHAT CAN MAKE HUMANITY A SUCCESS. WHEN WE MAKE MISTAKE WRONG CHOICES, THAT TURN THINGS AROUND, WE CAN ALL BE AT OUR BEST

SINCERELY

MR. CHARLES MOSS
# 44055-039
RAY BROOK FCI

To: Whom it may concern          Date: November 25, 2025
From: Damen Drakeford
Reg # 73944-510


    Since I came here to F.C.I. Ray Brook Mr. Naji has helped and guided me in the education dept. Mr. Naji is a tutor in the education dept and one of the best tutors I know. Mr. Naji has helped me study for my GED twice a day five days a week for three months. Due to his help, I past the GED test on my first try.

    Mr. Naji has helped me become a GED tutor, helped me get into carpentry, electricity & electronic and college. Mr. Naji has been a great help and contin to be a great help. Mr. Naji influence and guidence has help change my thinking and my ways. Mr. Naji is a prime example of a rehabilated prisoner.


Sincerly:
Damen Drakeford

To Whom It May Concern,

I am writing to you today as Christopher Seamans, a fellow inmate, to speak on behalf of Mohammed Naji, a man whose character and transformation I have witnessed firsthand over many years.. It is my firm conviction that Mohammed Naji represents the very best of what rehabilitation can achieve, and I implore you to consider his petition for time back with the seriousness and hope it deserves.

In this challenging environment, Mohammed Naji stands out. He possesses an exceptionally calm demeanor, a quality that fosters peace and understanding where often there is none. His helpful attitude is not superficial; it is an intrinsic part of who he is. He genuinely cares about the well-being and progress of those around him, offering assistance, advice, and a listening ear without judgment. He is a steadfast presence, a person you can rely on when the walls feel like they're closing in.

Mohammed's commitment to education and personal growth is nothing short of extraordinary. While incarcerated, he didn't just pass the time; he actively reclaimed it. He successfully obtained his GED, a significant accomplishment. But he didn't stop there. He then pursued and earned two College Associate's degrees, an incredible feat that speaks volumes about his intelligence, perseverance, and dedication to bettering himself. These aren't just pieces of paper; they represent thousands of hours of effort, study, and a fervent desire for knowledge. I know this personally, as I have shared many college classes with Naji and consider him not just a classmate, but a trusted friend.

Furthermore, Mohammed has taken his educational triumphs and turned them into a service for others. He now dedicates his time as a GED tutor, patiently guiding men who once believed such an achievement was out of reach. He helps them unlock their potential, providing a path to self-respect and future opportunities. He helps other prisoners better themselves, offering them the same hope and tools he found through education.

Mohammed Naji is also a man of profound faith. He has found solace and purpose in his beliefs, and he generously shares that light with others. Behind the barbed wire, he teaches faith and worship to men who are desperately searching for a different path, for spiritual guidance, and a way to reconcile with their pasts. His leadership in this area has provided immeasurable comfort and direction, helping individuals find a moral compass and a renewed sense of hope.

Your Honor, Mohammed Naji has unequivocally changed his life. He has transformed himself into a dedicated student, a compassionate educator, and a spiritual guide. He has utilized every opportunity to grow and contribute positively to this community. I believe, without hesitation, that Mohammed Naji is a man ready to leave prison and contribute meaningfully to society, never to return to this place. Granting him time back would be an affirmation of the human spirit's capacity for redemption and a testament to the power of true rehabilitation.

Respectfully,

Christopher . M. Seamans

To whom it may concern,

My name is Reinaldo Rodriguez, and I am writing this letter to tell you about one of the best men that I've met in my life. I've been incarcerated at FCI Ray Brook since November of 2020. In that time I've met many men but few men of good character. Mohammed Naji is one of those few men. In the five years that I've known Mr. Naji I've watched him obtain his GED and college degree. He has helped a lot of people to obtain knowledge in many areas of life. He has helped me to reevaluate certain areas of my own life. I don't really like to meet new people, but I am glad to say that I've met Naji. He is a man of high morals and good princepals. And I am glad to really call him a true friend.

Sincerely,
Reinaldo Rodriguez

In his own life, Mr. Naji's pursuit of higher education is remarkable. In May of 2026, he will be obtaining his second associates degree, an impressive feat for a man who only just recieved his G.E.D. in 2023. While attending college at North Country Community College, Mr. Naji was able to graduate with honors and complete two full-time vocational training programs and complete dozens of adult continued education courses.

While these are a few of Mr. Naji's accomplishments while in prison, the thing he is most proud of is his family. Mr. Naji has several children, and being able to share his personal growth with his children is the ultimate reward. During the time I have known Mr. Naji, he has shown compassion and kindness to all, even though people try to take advantage of those who offer it. While a letter from a fellow inmate carries little weight, I truly believe Mr. Naji's accomplishments should. I thank you for your time and consideration.

Sincerley,



© peachprintable.com

Jason Tingley

Your Honor,                                          12-15-25

I am writing to you today in support of a man I have come to know well. Over the last several years, a most unlikely friendship has allowed me to get to know Mr. Naji. During this time, I have learned the true meaning of character. While I can not attest to who Mr. Naji was prior to his incarceration, I can speak on the man I know today.

Working in the education department at Ray Brook F.C.I., Mr. Naji and myself help other inmates prepare for the general equivalence exam. While some inmates only require a brief review prior to taking the exam, most need extensive help, if they hope to pass. Mr. Naji works tirelessly with those who need the most help, of which, many are unable to read or write. The patience Mr. Naji displays is admirable, and his constant reassurance is the only thing that keeps many students coming each day.

© peachprintable.com

10x²

Nov. 08. 2025

To the Honorable Judge
          My name is Mirza Alihodzic, and I was sentence to 420 months in prison. I been down for 6 years now and when I first started my prison sentence, I was not programing or had any interest in School. Till I meet Mr Naji in 2024. Since then Mr Naji has been a positive influence in my life. Thanx to Mr. Naji I have earned my GED in 2025 and, I'm enrolled in College! Working on my, Second symester on getting a Majer in Individual - Studies. I have completed, 12 ACE classes since, and been working on bettering my self. He has influenced me, as being a better Man better father and a example to my kids. And to people period. Mr Naji has shown me that it doesn't matter if we came from different countrie, that we can become what ever we want to be. And now that I been geting good Grades, in my College classes, I been making copies and sending them home to my 18, 17, and 16 year old kids, and been a good influence on them. Where they showed me their Grades have improved and they tell me every day — Dad if you can do it so can we —

Mr Naji helped me become the Man I am today. And I have all legal ways to prove that I been bettering my self and doing it for my kids, family and the comunity. Thanx to Mr Naji, I been working on my good time, I have not get in any trouble in the last 18 months, and he keeps pushing me to be even better than I was yesterday. With the mentality and the accomplishement I have since I meet Mr Naji I see the World and people different. And I can really say he made a big difference in my life and my kids life. And I wanna Thank Mr Naji for that.

Nov. 08. 2025
#345 03 045
FCI Ray Brook
Po Box 900
Ray Brook NY 12977

My name is Dwight Logan I've known Mohamed Naji a little over a year know he is a good brother in faith and I can honestly say by his actions that he is one who is serious about turning his life around for the Better and returning to his family He not only furthered his education he enrolled in college and vocational training he's always in the education building helping others by being a tutor a selfless act that I comend him for. This is one man I truly believe has a plan to be successful and I have no doubt in my mind that he will succeed.

Sincerly

Dwight Logan
#550 25 09

Anas R haji.
2300 E monument street
baltimore MD 21205
11/11/2025    inmate # 89772053

The honorable fudge my name is
Anas R haji and I am asking for
compassionate realease for my
brother mohamed haji. He has
been in prison for over the past
ten years. During his time inside
he has learned to work hard to
chage his life and stay out off trouble
he has taken several classes, achived over 50
certifications and done everything to
better himself, he has a family back home
two daughters and two sons that have grown
up without a father in their lives, they
have missed out on so much with him
not being there, my father is also
old and getting
sick he just had a couple of open heart
surgery and needs to see my brother
at least one least time before
befor anthing alse

you honor our Family is going through a very hard Times right now it is very difficult For his wife to raise The children on her own without the support of her husbad, having my brother home would really make a big diffrance fomy Family if ahe is released he will have a place to Live with us and Take care off our Father who is really in head off his help and ~~task~~ care

you honor I am asking you from The bottom off my heart To please consider giving my brother a second chance he has already served along Time and I am sure ~~to~~ the system has changed him a LOT For the better for him and our family, I truly appreciate u For taking the Time to read this Letter.

anas haji

Case 1:16-cr-00653-FB   Document 30   Filed 04/06/26   Page 151 of 156 PageID #: 341

ZAID RAFIK
2449 E Chase St.
Baltimore, MD 21213
11/20/2025

My name is ZAID RAFIK and I am writing to ask for the compassionate release of my brother, Mohamed Naji (69772053). He has been imprisoned for over 10 years.

During my brothers time, he has worked hard to change his life. He's stayed out of trouble, attended several classes, earned over 50 certifications, and has bettered himself over all. He talks about how much he's learned and how he wants the opportunity to make things right. He's even guided and tutored other inmates.

Our family is going through a hard time right now. Our father has gotten older and requires care, my brother's children have grown up. My brother has missed out on much of their life. We miss our big Brother. Having him home would bring ease to our family.

If released, my brother will have a place to stay with his family that'll support and guide him on the right path.

From the hearts of Mohamed's family, your honor, we're asking that you would please consider his release and a second chance.

# Exhibit 8

To: Honorable Judge
    Frederic Block
    United States District Court
    Eastern District of New York


Your Honor,

I write you today with humility and a heavy heart to respectfully ask for compassionate release in my case.

I fully accept responsibility for the offense I committed. I offer no excuses for my actions. I did what I did, and I understand that I must answer for it. I know that my intentions do not erase the consequences they have brought, not only to my own life but especially to the lives of those I love most. The pain of that reflection has been constant. Every day I wake up carrying the weight of what I have lost and the harm my choices have caused.

The deepest pain has been the damage done to my family, especially to my children. My absence has cost me years that can never be returned: birthdays missed, school milestones passed, moments of growth I could not witness, guidance I could not provide, and comfort I could not offer when they need their father. No substitute can fill the role of a parent who knows his children, teaches them, supports them, and walks beside them through life. The loss of that bond is something I carry every day with profound regret.

Over this past decade of incarceration, I have lost precious time with my children, my spouse, and my parents. My relationships have shave suffered deeply under the weight of my absence. My wife filed for divorce, and the strain on my family has been severe. These are consequences I feel daily and will continue to carry for the rest of my life.

Before this case, I lived as a law abiding member of society. I worked hard, paid taxes, supported my family, and built an honest life in this country. I had no criminal history beyond this case and no pattern of unlawful behavior. I believed I was contributing positively and living responsibly, which makes the reality of my failure even more painful to confront.

During my years of incarceration, I have tried to use this time to change my life. During my imprisonment I have got my G.E.D. and also a College Degree and I am working on my Second Degree and many other programs. This time is very important to me because learn to take this time to reflect, to mature, and to understand the seriousness of what brought me here. Time has given me perspective, and that perspective has only deepened my remorse. I cannot change the past, but I can say truthfully that I understand now, in a deeper way, the cost of my actions and the lasting pain they have caused.

1.

I also respectfully ask the Court to consider my immigration status and the circumstances that await me if my compassionate release is granted. I will not be returning to the streets of the United States or remaining here freely. If released, I will be deported to Yemen, where my wife and children currently live.

My family is living in an active war zone, where daily life is uncertain and danger is constant. Every day brings fear that violence may reach them before I ever have the opportunity to see them again. The thought that my children could be harmed or killed while I remain unable to be with them is something that weighs heavily on my every day.

More than anything, I ask for the opportunity to return to my family while that opportunity stills exists. I ask for the chance to stand beside my children, to see them, to hold them, and to be present in whatever time may remain available to us in circumstances none of us can control. If my compassion release is granted, It will not place me at liberty in the United States. I will simply allow m;e to me removed to my home country, where my family is enduring extraordinary hardship and danger.

Your honor, I understand the seriousness of my request, and I do not make it lightly. I know the Court must weigh many factors, and I submit this request with full respect for that responsibility. I can only ask that the Court consider not only the punishment I have already served, but also the human reality that waits beyond these walls: a family living under war, children growing up without their father, and the possibility that if relief is not granted, I may never see them again.

I respectfully ask this Court for mercy, no because I deny my past, but because I hope for the chance to spend whatever future remains to me with my family in a place where I am already destined to return.

Respectfully submitted,

⇔89772-053⇔
Mohamed Naji
PO BOX 900
Raybrook F.C.I.
RAY Brook, NY 12977
United States

"Legal Mail"



Retail

U.S. POSTAGE PAID
PM
SARANAC LAKE, NY 12983
MAR 31, 2026

UNITED STATES
POSTAL SERVICE

11201

$0.00

RDC 03

S2323W500711-05

PRIORITY MAIL
★ TRACKED ★ ★ INSURED ★

UNITED STATES
POSTAL SERVICE®

Label 107R, May 2014

For Domestic and International Use

7018 1130 0000 7493 7528

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 06 2026 ★

BROOKLYN OFFICE

USMS

⇔89772-053⇔
Theodore Roosevelt
U.S. Courthouse
225 Cadman PLZ E
Room: 1185
Brooklyn Heights, NY 11201-1818
United States